1  SERENA M. WARNER, SB No. 264799
    Email: swarner@akk-law.com
2  ETHAN ZERTUCHA, SB No. 340223
    Email: ezertucha@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
   Telephone: (916) 564-6100
6  Telecopier: (916) 564-6263

7
   Attorneys for Defendants CITY OF SACRAMENTO, BRIAN BRUST, an individual, and DAVID
8  LAUCHNER, an individual

   **UNITED STATES DISTRICT COURT**

   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

   **SACRAMENTO DIVISION**

| WARIS GILDERSLEEVE, | ) | Case No.: 2:22-cv-02145-JAM-AC |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | STIPULATION TO CONTINUE TRIAL |
|  | ) | AND CASE DEADLINES |
| vs. | ) |  |
|  | ) | **ORDER MODIFYING PRETRIAL** |
| CITY OF SACRAMENTO; BRIAN BRUST, | ) | **SCHEDULING ORDER (ECF 18)** |
| an individual, and DAVID LAUCHNER, an | ) |  |
| individual, and DOES 1 through 50, inclusive | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

   IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

   WHEREAS, Defense Counsel Serena Warner and Ethan Zertucha from Angelo, Kilday & Kilduff LLP have recently substituted into this litigation;

   WHEREAS, defense counsel needs some additional time to become familiar with the case and the initial disclosures;

   WHEREAS, the current deadline to disclose experts is on May 24, 2024;

   WHEREAS, defense counsel cannot meaningfully assess the case in order to disclose the

1  appropriate experts by the current deadline;

2  WHEREAS, the current deadline to complete non-expert discovery is July 19, 2024;

3  WHEREAS, defense counsel cannot prepare sufficiently to conduct all depositions and
4  written discovery needed prior to the current discovery deadline and, additionally, lead defense
5  attorney Serena Warner is scheduled to be out of state from July 10 through 30, 2024, which further
6  limits the time to complete the discovery based on the current schedule;

7  WHEREAS, counsel for the parties have met and conferred on the scheduling order
8  following the recent substitution of counsel for Defendants;

9  WHEREAS, the parties through their counsel have come to the agreement to continue the
10  current deadlines by approximately six to seven months given the circumstances;

11  WHEREAS, the current case schedule is set as:

12  **Expert Witness Disclosures**:                May 24, 2024

13  **Discovery Cutoff**:                          July 19, 2024

14  **Last Day to File Dispositive Motion:**       September 13, 2024

15  **Dispositive Motion Hearing**:                November 5, 2024 at 1:30PM

16  **Final Pretrial Conference:**                 January 17, 2025 at 10:00AM

17  **Trial:**                                     February 24, 2025 at 9:00AM

18  WHEREAS, with the Court's approval, the parties stipulate to extend discovery dates and
19  set the case schedule as proposed below:

| Matter | Current Deadline | Agreed Upon and Proposed Deadline |
|---|---|---|
| **Expert Witness Disclosure** | May 24, 2024 | December 16, 2024 |
| **Discovery Cutoff** | July 19, 2024 | February 10, 2025 |
| **Last Day to File Dispositive Motion** | September 13, 2024 | April 14, 2025 |
| **Dispositive Motion Hearing** | November 5, 2024 at 1:30PM | June 16, 2025 |
| **Final Pretrial Conference** | January 17, 2025 at 10:00AM | August 15, 2025 |
| **Trial** | February 24, 2025 at 9:00AM | September 18, 2025 |

28  //

1  IT IS SO STIPULATED.

2  Dated:  June 6, 2024                               ANGELO, KILDAY & KILDUFF, LLP

                                                         */s/ Serena M. Warner*
                                                     By:_____
                                                         SERENA M. WARNER
                                                         Attorneys for Defendants CITY OF
                                                         SACRAMENTO; BRIAN BRUST, and
                                                         DAVID LAUCHNER

   Dated:  June 6, 2024                              LAW OFFICES OF JOHNNY L. GRIFFIN, III


                                                     By:   */s/ Manolo Olaso*
                                                         JOHNNY L. GRIFFIN III
                                                         MANOLO OLASO
                                                         Attorney for Plaintiff WARIS
                                                         GILDERSLEEVE

**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Pursuant to the stipulation of the Parties, the Pretrial Scheduling Order is **MODIFIED** as follows:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Expert Witness Disclosure | May 24, 2024 | **December 16, 2024** |
| Joint mid-litigation statement | | **Fourteen (14) days prior to the close of discovery** |
| Discovery Cutoff | July 19, 2024 | **February 10, 2025** |
| Last Day to File Dispositive Motion | September 13, 2024 | **April 14, 2025** |
| Dispositive Motion Hearing | November 5, 2024 | **June 17, 2025, at 01:00 p.m.**[1] |
| File Joint Pretrial Statement | | **August 07, 2025** |
| Final Pretrial Conference | January 17, 2025 | **August 15, 2025, at 10:00 a.m.** |
| Trial (6-7 Days) | February 24, 2025 | **September 29, 2025, at 09:00 a.m**. |

All other instructions contained in the May 10, 2023 Pretrial Scheduling Order (ECF No. 12) shall remain in effect.

IT IS SO ORDERED.

Dated: June 06, 2024            /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.