1  SERENA M. WARNER, S.B. No. 264799
    Email: swarner@akk-law.com
2  ETHAN J. ZERTUCHA SB No. 340223
    Email: ezertucha@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
5  601 University Avenue, Suite 150
   Sacramento, CA  95825
6  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
7
8  Attorneys for Defendants CITY OF SACRAMENTO, BRIAN BRUST, AND DAVID LAUCHNER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| WARIS GILDERSLEEVE, | ) Case No.: 2:22-cv-02145-JAM-AC |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE** |
| vs. | ) |
| CITY OF SACRAMENTO; BRIAN BRUST, and individual; DAVID LAUCHNER, an individual, | ) Trial: September 29, 2025<br>) Complaint Filed: December 1, 2022 |
| Defendants. | ) |

    Plaintiff WARIS GILDERSLEEVE ("Plaintiff") and Defendants CITY OF SACRAMENTO, BRIAN BRUST and DAVID LAUCHNER ("Defendants") (collectively, "Parties"), by and through their respective counsel, hereby stipulate as follows:

    WHEREAS, the parties have been working to finalize discovery prior to the impending discovery deadline of February 10, 2025;

    WHEREAS, counsel for Plaintiff propounded on Defendants written discovery that is currently due February 4, 2025;

    WHEREAS, Defendants are in the process of collecting the documents requested by Plaintiff but need additional time beyond February 4th to complete this task;

    WHEREAS, the need to finalize its production in response to Plaintiff's requests will not be possible within the current discovery cutoff deadline of February 10, 2025;

1  WHEREAS, the parties have met and conferred and agreed to extend the discovery cutoff
2  deadline to March 10, 2025;
3  WHEREAS, the parties agree there is good cause to extend the discovery cutoff and neither
4  party will be unduly impacted by the one-month continuance.
5  IT IS STIPULATED that, with the Court's approval, the discovery deadline will be
6  continued to March 10, 2025.

Dated:  January 31, 2025                ANGELO, KILDAY & KILDUFF, LLP

                                                 */s/ Serena M. Warner*
                                        By:_____
                                            SERENA M. WARNER
                                            ETHAN J. ZERTUCHA
                                            Attorneys for Defendants
                                            CITY OF SACRAMENTO, BRIAN
                                            BRUST, AND DAVID LAUCHNER

Dated:  January 30, 2025                LAW OFFICES OF JOHNNY L. GRIFFIN, III

                                                 */s/ Manolo Olaso*
                                           (As Authorized on 1/30/2025)
                                        By:_____
                                            MANOLO OLASO
                                            Attorney for Plaintiff
                                            WARIS GILDERSLEEVE

## ORDER

IT IS HEREBY ORDERED that the discovery cutoff deadline shall be **EXTENDED** to **March 10, 2025**.

Dated: January 31, 2025                 /s/ John A. Mendez
                                        _____
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE