SERENA M. WARNER, S.B. No. 264799
 Email: swarner@akk-law.com
ETHAN J. ZERTUCHA SB No. 340223
 Email: ezertucha@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF SACRAMENTO, BRIAN BRUST, AND DAVID LAUCHNER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARIS GILDERSLEEVE, | Case No.: 2:22-cv-02145-JAM-AC |
| Plaintiff, | **DEFENDANTS' NOTICE OF MOTION AND MOTIONS FOR SUMMARY JUDGMENT** |
| vs. | |
| CITY OF SACRAMENTO, et al., | **DATE:** June 17, 2025 |
| | **TIME:** 1:00pm |
| Defendants. | **ROOM:** 6 |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on June 17, 2025, at 1:00pm, in Courtroom 6, or as soon thereafter as the matter may be heard, at the United States District Courthouse located at 501 I Street, Sacramento, California, Defendants CITY OF SACRAMENTO, BRIAN BRUST, AND DAVID LAUCHNER ("Defendant") will move this Court for summary judgment against Plaintiff WARIS GILDERSLEEVE ("Plaintiff") pursuant to Fed. R. Civ. P. 56.

This motion will be made on the following grounds:

1. The City of Sacramento seeks partial summary judgment, specifically of the disparate treatment portions of Causes of Action 1-3, i.e. discrimination/disparate treatment under

-1-
DEFENDANTS' NOTICE OF MOTION AND MOTIONS FOR SUMMARY JUDGMENT

1  Title VII and discrimination/disparate treatment and failure to prevent discrimination under the Fair Employment and Housing Act (FEHA) on the grounds that there are no allegations of evidence Gildersleeve suffered an adverse action on the basis of his race.

2. Defendants Brust and Lauchner seek summary judgement of the Fair Employment and Housing Act claim alleged against them on the grounds that individuals cannot be liable for discrimination under FEHA and the hostile work environment claims lack legal and factual foundations because the few instances alleged against these Defendants are factually unsupported/contradicted or insufficient to create a hostile work environment.

Counsel for Defendants meaningfully met and conferred with Plaintiff's counsel prior to filing this motion. See. Declaration of Serena M. Warner ¶¶ 4-5.

This motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, Separate Statement of Undisputed Material Facts, the Declarations of Serena M. Warner and Josh Calista, filed in support hereof, and exhibits attached thereto, as well as the complete files and records in this action, and on any other such matters as may be presented or submitted at or before the hearing of this motion.

Dated: April 14, 2025                           ANGELO, KILDAY & KILDUFF, LLP

                                                          */s/ Serena M. Warner*
By:_____
    SERENA M. WARNER
    ETHAN J. ZERTUCHA
    Attorneys for Defendants
    CITY OF SACRAMENTO, BRIAN
    BRUST, AND DAVID LAUCHNER