SERENA M. WARNER, S.B. No. 264799
    Email: swarner@akk-law.com
ETHAN J. ZERTUCHA SB No. 340223
    Email: ezertucha@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF SACRAMENTO, BRIAN BRUST, AND DAVID LAUCHNER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WARIS GILDERSLEEVE, | ) | Case No.: 2:22-cv-02145-JAM-AC |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF SERENA M.** |
| | ) | **WARNER IN SUPPORT OF** |
| vs. | ) | **DEFENDANTS MOTIONS FOR** |
| | ) | **SUMMARY JUDGMENT** |
| CITY OF SACRAMENTO, et al., | ) | |
| | ) | **DATE:** June 17, 2025 |
| Defendants. | ) | **TIME:** 1:00pm |
| | ) | **ROOM:** 6 |
| | ) | |
| | ) | |

I, Serena M. Warner, declare as follows:

1.      I am an attorney at law duly licensed to practice before the Courts in the State of California and in the United States District Court for the Eastern District of California. I am an associate of the law firm of Angelo, Kilday & Kilduff, LLP, attorneys for Defendants CITY OF SACRAMENTO, BRIAN BRUST, and DAVID LAUCHNER. I am familiar with the events in this case and, if asked, could competently testify to the following based on personal knowledge.

2.      Attached hereto as Exhibit A are true and correct copies of the certified deposition transcript of Plaintiff Waris Gildersleeve, which deposition I took on January 28, 2025.

-1-
DECLARATION OF SERENA M. WARNER IN SUPPORT OF DEFENDANTS MOTIONS FOR SUMMARY JUDGMENT

3.     Attached hereto as Exhibit B is a true and correct copy of Plaintiff Gildersleeve's Probationary Firefighter file containing his Performance and Conduct Rating sheets and Daily Performance Narratives, which documents Plaintiff authenticated in my presence at his deposition.

4.     On April 9, 2025, I spoke to Plaintiff's counsel Manolo Olaso by phone to discuss the bases for our planned motion for partial summary judgment on behalf of the City and motions for summary judgment on behalf of individuals Brust and Lauchner. I first sought clarification of whether the causes of action under Title VII and the Fair Employment and Housing Act were solely alleging hostile work environment claims, or contained claims of both hostile work environment and disparate treatment. Mr. Olaso confirmed his complaint contained allegations of both hostile work environment and disparate treatment under Title VII and FEHA.

5.     I next discussed my plan of attacking the disparate treatment theories on the basis of a lack of adverse action and as to the sufficiency of the claim and supporting evidence of a hostile work environment by either of the two individual defendants. Mr. Olaso explained why he thought her could defeat the motion on both counts. At the conclusion of the call, we agreed we had meaningfully met and conferred on the issues but reached an impasse that could only be resolved through law and motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of April 2025 at Sacramento, California.

*/s/ Serena M. Warner*

Serena M. Warner

---

-2-

DECLARATION OF SERENA M. WARNER IN SUPPORT OF DEFENDANTS MOTIONS FOR SUMMARY JUDGMENT

EXHIBIT A

```
 1                 UNITED STATES DISTRICT COURT

 2               EASTERN DISTRICT OF CALIFORNIA

 3                         --oOo--

 4    WARIS GILDERSLEEVE,            )
                                     )
 5              Plaintiff,           )
                                     )
 6              vs.                  )    Case No.
                                     )    2:22-cv-02145-JAM-AC
 7    CITY OF SACRAMENTO; BRIAN      )
      BRUST, an individual; DAVID    )
 8    LAUCHNER, an individual;       )
      and DOES 1 through 50,         )
 9    inclusive,                     )
                                     )
10              Defendants.          )
                                     )
11

12

13                        --oOo--

14                   DEPOSITION OF

15                 WARIS GILDERSLEEVE

16                Pages 1 through 282

17                        --oOo--

18            Tuesday, January 28, 2025

19              Sacramento, California

20                        --oOo--

21                   CERTIFIED
                     TRANSCRIPT
22

23

24    25-030
      Stenographically Reported By:
25    EMILY SAMELSON, CSR 14043
```

1      A.    2005, I believe.

2      Q.    Did you ever receive any discipline while you

3  were at LG Ellis Plumbing?

4      A.    Not that I can recall at this time.

5      Q.    Have you ever filed an administrative

6  complaint or lawsuit against LG Ellis Plumbing?

7      A.    No.  Not that I'm -- no, I have not.

8      Q.    Okay.  How about against any of your former

9  employers other than the City of Sacramento?  Have you

10  filed any administrative complaints or lawsuits?

11      A.    No.

12      Q.    All right.  So you began with the City of

13  Sacramento in approximately 2005?

14      A.    Yes.  I believe it was 2005, 2006.  I have

15  19 years with the City up until this point.

16      Q.    Okay.  And initially you started off as an

17  inspector for plumbing?

18      A.    That's correct.

19      Q.    Okay.  And how long did you hold that

20  position?

21      A.    For approximately 18 months.

22      Q.    And then what happened with your career path

23  after that?

24      A.    The City went through a process of, again,

25  contraction because of the economy.  People were

1    relocated to different divisions, different departments

2    within the City.

3            The fire department had openings and

4    availability within the fire department, and at that

5    point I was able to meet with the chief at that time,

6    which was Chief Malaspino.  He was the fire marshal at

7    that time, assistant chief fire marshal.  We had an

8    interview, and he offered the position of fire

9    inspector -- fire prevention officer.  Excuse me.

10        Q.    And what were the duties at that time of

11   fire prevention officer?

12        A.    Fire prevention officers conduct inspections

13   on large and small businesses, schools -- and that

14   includes all education levels with the exception of

15   college-level schools, because the state normally takes

16   that -- any factories, high-hazard and low-hazard

17   storage facilities, residential care facilities.

18   Basically, we will go in to any business or home at a

19   new construction level and conduct inspections to make

20   sure that the structure is up to the California Fire

21   Code, depending on what year the fire code is that has

22   been implemented and adopted.

23            And we also enforce our local ordinances and

24   amendments as well as certain portions of the California

25   Building Code.  But we conduct inspections to make sure

1    with fire prevention?

2        A.    My direct supervisor was a gentleman by the

3    name of Jim Krantz, K-R-A-N-T-Z.  And he answered to

4    Chief Troy Malaspino.  I don't know the correct spelling

5    of his last name.

6        Q.    And at the time, what was Chief Malaspino's

7    title?

8        A.    Fire Marshal and Assistant Chief.

9        Q.    I see.

10            How, if at all, did fire prevention interact

11    with fire suppression?

12        A.    At that time, fire prevention and fire

13    suppression was very limited.  We had previous chiefs

14    that were in the office that weren't as dedicated to

15    having a cohesive department between the divisions.  So

16    the relationship was minimal, at best, regarding between

17    prevention and suppression.

18        Q.    And before I go too far down this road, you

19    continued on with fire prevention up until when?

20        A.    Approximately 2019.

21        Q.    And within that time frame, from when you

22    began in about 2005 to 2019, did you remain in that

23    same position as fire prevention officer?

24        A.    I promoted from a fire prevention officer I to

25    a fire prevention officer II and then, ultimately during

1     we had one opening.  That was approximately around 2017.

2     I think that was the first time I took the senior test.

3          Q.    Okay.  So is the process that you take a test

4     and then you get on a list for the job openings?

5          A.    That's partially correct.  You take a test.

6     You are ranked.  And then if you pass the test -- I

7     believe the threshold is 70 percent.  If you pass

8     the test, then you are ranked.  If you fall below

9     70 percent, you're not ranked.  You would be

10    disqualified.

11         Q.    I see.  Okay.

12               How many times did you take that test?

13         A.    Twice.

14         Q.    Did you pass on the first time?

15         A.    Yes.

16         Q.    And do you know what your rank was?

17         A.    Eight.

18         Q.    And were you selected for that position?

19         A.    No, I was not, at that time.

20         Q.    All right.  Do you know if there was another

21    opening for a senior position in fire prevention prior

22    to the time that your test results expired?

23         A.    I don't recall.

24         Q.    And at some point you took another test?

25         A.    Yes.

1    Q.    And when was that?

2    A.    That was in 2023.

3    Q.    And did you pass that test?

4    A.    Yes.

5    Q.    And what were you ranked?

6    A.    Number one.

7    Q.    And then did you receive the position --

8    A.    Yes.

9    -- that you were applying for?

10   A.    Yes.

11   Q.    And what position was that?

12   A.    Senior fire prevention officer over the new

13   construction plan review unit.

14   Q.    And do you continue to hold that title?

15   A.    That's correct.

16   Q.    And what is your annual pay, if you know, in

17   that position?

18   A.    Approximately $147,000 per year.

19   Q.    All right.  Now, in between the time of these

20   two tests, there was a period where you went over to the

21   fire suppression department; correct?

22   A.    That's correct.

23   Q.    All right.  And so when was that?

24   A.    I started the process, I believe, in 2018 to

25   be prepared for the fire academy that started in

1    November of 2019.

2        Q.    And why was it that you decided to go to the

3    fire academy?

4        A.    I wanted to promote within the City, within

5    the fire department.  I wanted to become a captain.  I

6    wanted to -- well, initially, before I became a captain,

7    I wanted to be an engineer, drive my own engine or fire

8    truck.  But I also wanted to have a better balance of

9    the relationship between fire prevention and fire

10   suppression.

11            What I mean by that is so many of the rules

12   and fire codes that we enforce and implement require

13   some knowledge of fire suppression.  If I -- and as

14   an example, if I am going to provide a write-up or

15   some sort of enforcement regarding a fire pump, it's

16   important to understand how an engine would connect

17   to a fire pump, how an engine would connect to a fire

18   department connection -- we call those FDCs, it's just

19   a fire department connection -- just to see the other

20   side.

21            It's important to be able to be better

22   balanced to be able to not only understand the

23   enforcement side but also the suppression side.  I

24   tend to call that the reactionary side.  And what I mean

25   by that is we get the calls, someone calls 911, we react

1        A.     He's an engineer on Truck 6, at that time.

2        Q.     All right.  Anything else about that

3    presentation that you haven't already told me about?

4        A.     Not that I can recall at this time.

5        Q.     All right.  And did you, in fact, redo the

6    presentation?

7        A.     Yes.

8        Q.     And did you pass that time?

9        A.     I'm not certain.

10        Q.     Okay.  Now, at the point that you began as a

11    probationary firefighter, can you tell me to which

12    departments you were assigned and in which order?

13        A.     Yes.  I first -- my first rotation was to

14    Station 43 on the engine.  I can't remember the

15    captain's name.  I had only worked with him once.

16               Following Station 43, I was assigned to

17    Station 4 on the ambulance and on the engine.

18               Following Station 4, I was assigned to

19    Station 15 on the ambulance and the engine.  And that

20    was interrupted.  I was only there on the engine for

21    approximately one and a half to two months before

22    Captain Icenbice received a call that Station 6 had

23    had some type of fight or disruption, and I was being

24    reassigned to Station 6.

25               From that point, I was working at Station 15

1    and Station 6, Station 15 on the ambulance and Station 6

2    on the engine.

3            Following that, I was assigned to Station 2 on

4    the truck.

5        Q.    Okay.  So you said at Station 43 that you

6    can't recall the name of the captain that you were

7    working with?

8        A.    That's correct.

9        Q.    Do you recall anybody that you were working

10   with at Station 43?

11       A.    Captain Smoot was there, spelled S-M-O-O-T.

12   A gentleman by -- an engineer by the name of Quinney.

13   I'm not that familiar.  I only spent one shift there.

14       Q.    Okay.  Do you contend that there was anything

15   discriminatory that happened to you at Station 43?

16       A.    No.

17       Q.    Station 4, who were you working with at

18   Station 4?

19       A.    My captain was Captain Brandon Budd.  I worked

20   with Adrienne Bisharat.  Firefighter Morales -- or

21   Rosales, excuse me -- Rosales.  Firefighter Bolanos.

22   Oh, and the engineer was Firefighter Doug Calvin.

23       Q.    Okay.  Anything that occurred at Station 4

24   that you contend was discriminatory?

25       A.    No.

1      Q.    So when there was a quiz at Station 6, for

2   example, the results of that would go into the log of

3   your daily activities?

4      A.    Yes.

5      Q.    Okay.  And then other captains would see that?

6      A.    Yes.

7      Q.    Were you ever denied the -- well, you did not

8   complete your probation; correct?

9      A.    That's correct.  I was injured.

10      Q.    Okay.  And at some point you left fire

11   suppression and went back to fire prevention; correct?

12      A.    That's correct.  I requested.

13      Q.    That was your choice to do that?

14      A.    Yes.

15      Q.    Okay.  So was there ever a time that you -- so

16   you were able to move on from Station 6 to a different

17   station after that; is that true?

18      A.    With the intervention, yes.

19      Q.    Okay.  And what station did you move to

20   after 6?

21      A.    Station 2.  I was assigned to Truck 2.

22      Q.    Okay.  And did you move to any other station

23   after that?

24      A.    No.  Station 2 was the last one.

25      Q.    Okay.  And then were there any other

1    Q.    Okay.  Your complaint refers to the fire

2    department having an openly racist culture.

3         Other than what we've talked about today, is

4    there any other basis for that statement in the

5    complaint?

6    A.    Not that I can think of right offhand.  I

7    think that's the extent of it.

8    Q.    All right.  Let's talk about Station 6.

9    A.    Yes.

10    Q.    Okay.  So you've told me some of the incidents

11    that have occurred that you believe were discriminatory

12    against you at Station 6.

13         I want to talk about any others that you

14    recall.

15         So do you recall another instance of what you

16    believe was discriminatory in Station 6?

17    A.    Did we discuss the incident about the box

18    already?

19    Q.    We have not.

20    A.    Oh, okay.  Yes.  There was an issue with this

21    box.  Seems like I was not being on task.  But from time

22    to time firefighters move from one station to another,

23    and to collect their belongings, they'll put things in

24    a box.  And I had my gear set in front of a locker.

25    Then there was this box and another firefighter's

1    equipment and gear on the floor next to mine between --

2    excuse me -- on one side of the box.

3            I didn't want to throw the box away because

4    I was aware that sometimes when firefighters are moving

5    from one station to another, they carry things and move

6    things.  And it wasn't a terrible box.  It looked like

7    it was in great shape.  And I was thinking, as soon as

8    I touch that box I'm going to get yelled at.  I already

9    knew it was coming.  So I left it alone.

10           Maybe about an hour or so passed.  Captain

11   Lauchner called me in the office, so upset.  He said,

12   "You're so F'ing lazy.  I put that box there, and I

13   knew you weren't going to throw it away."

14           And I took a moment because I was caught off

15   guard.  And I tried to explain to him, "I did not throw

16   the box away because I wasn't sure if it was someone

17   else's box."

18           Nope.  Didn't want to hear it.  And he

19   proceeded to say, "You know, if it were up to me, I'd

20   fire F'ing A right now."

21           And I just -- in my mind, I'm just thinking,

22   I'm glad it's not up to you.  But I was just sitting

23   here thinking, like, this is another example of what

24   they don't do to other firefighters.

25           I have no idea whose box this is, and it seems

1    very silly.  It's just a box.  If I would have thrown it

2    away, it would have been someone's box that they were

3    using to move and pack up and I would have gotten in

4    trouble then.

5            And I kept weighing that back and forth in my

6    head, like, what would have been the right answer to

7    give?  But the disrespect, the cussing, the belittling.

8    And then it went on.

9            And I specifically wore this jacket today

10   because Captain Lauchner -- it used to say "Fire

11   Prevention" here across my chest.  Cussed me out.

12   "You take that F'ing jacket off right now."  And so

13   I had to cover my rank.  And that was all the same time

14   of the box issue.

15       Q.   Was anyone else present when Lauchner was

16   talking to you regarding the box?

17       A.   Yes.  Captain Brust.

18       Q.   Other than you and Lauchner, did anyone else

19   observe the box, to your knowledge?

20       A.   I don't know.

21       Q.   Did you ask Lauchner why he put the box there?

22       A.   No, I did not.

23       Q.   When you saw the box, did you ask anyone

24   whether they needed to keep it?

25       A.   No, I did not.

1        Q.    Did you have an understanding of what the

2   policy or practice was regarding the use of jackets

3   in fire suppression at the time that Lauchner talked

4   to you?

5        A.    No.

6        Q.    Okay.  So do you know when it was that

7   Lauchner talked to you about your jacket?

8        A.    No.  I would have to look at the dates in

9   the packet to see exactly when.

10       Q.    Okay.  When you're referring to the packet,

11  which one are you referring to?

12       A.    My evaluation packet here.

13             MS. WARNER:  Let's mark this as, I think,

14  Exhibit 6.

15             (Exhibit 6 was marked for identification.)

16             THE WITNESS:  I'm looking for the date here.

17  I don't know if it was actually written, because

18  Lauchner is not my captain.  Captain Brust is.  So I

19  need to see.  I'm just looking at the date that I was

20  spoken to about this box.

21  BY MS. WARNER:

22       Q.    That's fine.  Take the time that you need to

23  look through it.  And if you see a reference to it,

24  please let me know where you are in the packet.

25             And I apologize.  It's not numbered.  So we'll

1    have to work through that together.

2        A.    Okay.

3              I'm not sure I can find that here.  It's kind

4    of -- as far as the date.

5        Q.    Okay.  That's fine.  If we come across it and

6    you notice it while we're talking, please feel free to

7    point it out.

8        A.    Okay.

9        Q.    Do you have an estimate of how long you had

10   been within Station 6 when this conversation with

11   Lauchner occurred?

12       A.    Approximately a month.  I believe I was only

13   at the station less than two months.

14       Q.    And what do you recall about this interaction

15   with Lauchner regarding the jacket?

16       A.    It was very aggressive.  He made me take my

17   jacket off.  And before I returned to the next shift,

18   I made sure I covered it with a patch.  I took it to

19   the cleaners and had them sew one on.

20       Q.    Did he tell you why it was that he was telling

21   you to take the jacket off?

22       A.    He gave me -- yes.  He gave me a reason, but

23   it didn't make sense.  He was saying that, you know,

24   I'm no longer a fire prevention officer.  "You're a

25   firefighter now."

1    mind.

2         Q.    So he was a captain but not your captain?

3         A.    That's correct.

4         Q.    What was he a captain for?

5         A.    The truck.

6         Q.    So he was a captain within Station 6?

7         A.    No.

8         Q.    No?

9         A.    He was acting, I believe, for Captain Earley.

10   Captain Earley -- I don't know where Captain Earley was

11   during this time, but I believe he was filling in for

12   Captain Earley.

13        Q.    And Captain Earley was a captain within

14   Station 6?

15        A.    Yes.

16        Q.    For the truck?

17        A.    Yes.

18        Q.    And Lauchner was a firefighter who was acting

19   as a captain?

20        A.    No.  He was a captain, but he was in the seat

21   of --

22        Q.    Do you know what Lauchner's regular assignment

23   was?

24        A.    No, I don't know.

25        Q.    Okay.  Let's look at Exhibit 6.

1          Do you recognize Exhibit 6 as containing your

2     performance and conduct rating sheets as well as daily

3     performance narrative records --

4          A.    Yes.

5          Q.    -- for the period of time that you were a

6     probationary firefighter?

7          A.    Yes.

8          Q.    Okay.  All right.  And the first page of this

9     document is a performance and conduct rating sheet that

10    includes rating codes of S, I, and U; correct?

11         A.    Yes.

12         Q.    And you understand S to be satisfactory; yes?

13         A.    Yes.

14         Q.    I, improvement needed; yes?

15         A.    Yes.

16         Q.    And U, unsatisfactory; correct?

17         A.    Yes.

18         Q.    And on this packet, it's dated at the bottom

19    or on this document 4/30/2020.

20              Do you see that?

21         A.    Yes.

22         Q.    And do you agree that it's your signature next

23    to the line that says "Probationary FF"?

24         A.    Yes.

25         Q.    And above that there's a signature of company

1          Q.    Was there anybody at the Tahoe Park call who

2    was also at the Ms. Pearl call?

3          A.    Just myself.

4          Q.    Okay.  All right.  According to the complaint,

5    Captain Brust refused to sign off on your rotation to

6    another station.

7                How did that information come to your

8    attention?

9          A.    Through Chief Helvin.

10         Q.    All right.  And what did Chief Helvin say to

11   you that made you believe that Brust was refusing to

12   sign off on your rotation to another station?

13         A.    The three of us had a meeting.  I actually did

14   not speak during the meeting.  I just stood against the

15   wall and took my hat off.  They had a meeting beforehand

16   without me, and Chief Helvin was going through my packet

17   and looking at the notes that were written and things

18   that were in my packet.

19                It must be stated too that Chief Helvin did

20   witness several of my training rotations and drills,

21   whether it was forcible entry, tank line, hose pulling.

22   Things that were written in there negatively, he did

23   witness.

24                So when I was in the office -- well, Captain

25   Brust came out and got me, and then I walked in and

1    I greeted Chief Helvin.  I stood against the wall.  And

2    it was the most awkward moment of silence.  We sat there

3    just going through my packet and looking, and I was

4    just, like, thinking, oh my God.  I'm getting fired.

5           And he says -- he looks up and he's holding

6    it in this manner, and he says, "There's some negative

7    stuff in here."

8           I responded, "Yes, Chief."

9           And he said, "They said a lot of bad stuff

10    about you."

11           And I said, "Yes, Chief."

12           "Do you remember me coming to you, to some

13    of your drills?"

14           I said, "Yes, Chief."

15           He says, "When I'm reading this, I didn't see

16    that."

17           And I was like, oh God, thank goodness.  I was

18    thinking to myself, thank goodness.  I'm so glad he was

19    there.

20           And he says, "They don't want you to go to

21    Truck 2."

22           And I said, "Yeah, I'm aware of that, Chief."

23           And he said, "You're going to go to Truck 2.

24    And this in here, these are just words.  It doesn't

25    matter."

1           And I was just thinking.  And I looked over

2    at Brust and he was very frustrated looking.  He was

3    upset.  And perhaps they had a conversation I wasn't

4    privy to and they discussed it.

5           But Chief Helvin absolutely had my back on

6    that, and he saw that there was bias there, and he saw

7    that what was written and what he saw was not the same.

8        Q.    Did he say that to you?

9        A.    He absolutely did.

10       Q.    That there was bias?

11       A.    No, no.  He did not say bias, but he just

12   basically stated that what he read and what he saw was

13   not the same.  There was difference.

14       Q.    And you were permitted to go to Station 2;

15   yes?

16       A.    Yes.

17       Q.    Did you have any other discussions regarding

18   Brust's refusal to sign off on your rotation to another

19   station?

20       A.    After Chief Helvin and I had our meeting

21   and -- with Brust, Chief Brust barely spoke to me the

22   rest of the rotation/shift.  I thought it was weird.  It

23   was awkward for me as well.  I didn't know how

24   to interact, really.  I just wanted to keep it

25   professional.  But we barely spoke for the rest of the

1    shift, and that was on day one.

2              We went through -- no.  I apologize.  That was

3    the afternoon of day two into the next day.  And it was

4    awkward, but I felt relief that our upper chiefs were

5    able to step in.

6        Q.    And then you went to Station 2; yes?

7        A.    Yes.

8        Q.    And who did you work with at Station 2?

9        A.    I had a number of captains at Station 2.  I

10   believe Chapman was there.  Sweyd, Captain Sweyd was

11   there.  Captain Luiz was there.  So many more captains,

12   I can't remember.  It was a rotating door until they

13   found an appropriate replacement for the truck.

14             But my first shift there, I believe it was

15   Captain Underwood and I believe it was Chapman.  I'm

16   not -- I'm terrible with names sometimes.  But they sat

17   me down and they let me know that Station 6 had called

18   and to give them an idea of how terrible I would be.

19             And I was so upset, because it was almost as

20   if I couldn't get ahead.  I couldn't get past, you know,

21   they were setting a negative expectation of me.

22       Q.    What did Captain Chapman and Underwood --

23       A.    Underhill.  Excuse me.

24       Q.    -- Underhill say to you about what was

25   communicated to them by Station 6?

1       A.    We did have a good heart-to-heart and they

2    basically dismissed it and they said, "You will have a

3    clean slate here.  We're going to start fresh.  We're

4    going to train.  You're not on the engine anymore.

5    You're going to be on the truck."

6       Q.    My question was what did they tell you about

7    what they were told from Station 6?

8       A.    They didn't go into it.  They just said, "They

9    called us."  I don't know who is "they."  I don't know.

10   Normally it's captain to captain who speaks.

11      Q.    But you have no information of what anyone

12   from Station 6 communicated to Underhill or Chapman?

13      A.    They just told me, without going into detail,

14   that it was negative, what was being said to them.

15      Q.    Did they say anything else about that?

16      A.    No.  They did not go into it.  They just said,

17   "We're going to start with a clean slate."

18      Q.    Did you experience anything at Station 2 that

19   you believe now was discriminatory because of your race?

20      A.    No.  I did think about my interactions with

21   Captain Sweyd.  He was always just really chill to me,

22   very cold, not very talkative.  And then once Maricic

23   told me what he said, that it made sense.

24         But Station 2 was very eye opening, especially

25   since Captain Luiz was able to identify that I had been

1    then first, second, third engine, depending on which

2    alarm you're coming on.  So there's a lot of -- it

3    breaks down pretty detailed what your role is.

4         Q.    Okay.  And the ones that Bryant had provided

5    you included both --

6         A.    Yes.

7         Q.    -- the engine and the truck?

8         A.    Yes.

9         Q.    So at some point did Captain Luiz look at

10   those SOGs and tell you that those were outdated?

11        A.    Yes.

12        Q.    All right.  One incident that's in the

13   complaint that we have yet to talk about was the swift

14   water rescue training.

15        A.    Yes.

16        Q.    Okay.  And that occurred on or about

17   January 22nd, 2021; is that correct?

18        A.    Yes.  I believe it was January 20th, but

19   that's -- I could be wrong.

20        Q.    Okay.  Somewhere in January of 2021?

21        A.    Yes.

22        Q.    Okay.  And where were you assigned at that

23   point that you did the swift water rescue?

24        A.    Station 2, Truck 2.

25        Q.    And it sounds like from your complaint that

1      Lauchner was involved in this training?

2          A.    Yes.

3          Q.    And you went to a firehouse at McClellan

4      Air Force Base to pick up equipment for the training?

5          A.    Yes.

6          Q.    And part of that equipment was a dry suit;

7      correct?

8          A.    Yes.

9          Q.    All right.  At the time that you were picking

10     up the dry suits -- well, who participated in this

11     training?

12         A.    It was my academy class, 19-2, and there were

13     a couple other persons there.  The training staff and,

14     of course, Captain Lauchner.

15         Q.    And what was Lauchner's role, to your

16     observation, regarding the dry suits?

17         A.    He issued the dry suits.

18         Q.    Was he the only one there issuing the dry

19     suits?

20         A.    No.

21         Q.    Who else was there?

22         A.    There were two other firefighters.  I don't

23     know their name.  And they issued the gloves and the

24     boots.

25         Q.    At the time that you were issued the dry

1  suits, had there been any comments regarding leaky

2  dry suits?

3        A.    No.  Not that I recall.

4        Q.    Were you given any instructions on how to

5  properly put on the dry suits?

6        A.    Yes.

7        Q.    Who provided that?

8        A.    I believe out there on the training ground

9  they discussed how to make sure everything was zipped

10  tight.

11        Q.    Who was that that told you that?

12        A.    Captain Lauchner and -- I can't remember

13  the other member of the training staff.

14        Q.    Can you describe for me how it was that you

15  were given the dry suit?

16              For example, were there a bunch of dry suits

17  and then you got to pick, or was it specially handed to

18  you, or can you please describe how that happened?

19        A.    Yes.  I walked into the station and I greeted

20  everyone.  The other firefighters greeted.  We said,

21  "Hello.  How are you doing?"

22              I said, "Hello, Captain Lauchner."  He just

23  looked at me, kind of gave me a slight nod.  And I was

24  thinking to myself, oh, here we go.  And I knew there

25  was tension left over from my move from 6 to Station 2.

1          A.    Oh, are we speaking of donning at the training

2     site or when I got home?

3          Q.    At the training site.

4          A.    Okay.  Yes.  I tried the suit on.  In the

5     corners, you pull.  It has a little overlapping piece

6     to keep water from getting into the zipper area, and

7     it's sealed around your neck, sealed around your wrists,

8     and your feet go into these little boots, and then

9     you -- it's like a onesie, specifically like a onesie.

10               And when I first entered the water, it

11    immediately was colder than it should be and I felt wet.

12    And I was like, "Oh, this thing is leaking."

13               And I got out of the water and I said, "Cap,

14    this thing is leaking," you know.  And I had taken on

15    so much water, I could barely walk.  I looked like the

16    Michelin man.  Everything was full.

17               And so two firefighters flipped me upside

18    down.  We had to open up at my neck, because that's

19    where it's sealed, and let all the water come out.  And

20    then what was left in my hands kind of stayed, because I

21    was doing like a headstand -- a handstand.  Excuse me.

22               I said, "This isn't going to work.  I need

23    another suit."  And so he went to his truck and grabbed

24    me another suit.

25               I put the suit on and it was warm.  And I

1    had to go to my truck and change.  And then got in the

2    water; that one leaked as well.

3            And I just said, forget it.  We got to train.

4    We got to go through all these rotations.

5            While we were doing the rotations, we were

6    doing a bunch of drills where we were simulating saving

7    people who were in the water.

8            As an example, we have what they call a

9    strainer prop, which is a large-diameter pipe, and it's

10   laid on its side crossing the river.

11           We were in the south fork of the American

12   River.  And the City of Sacramento has an agreement with

13   the Bureau of Water Reclamation where they can control

14   the dams and open and control the flows.  So they opened

15   the flows so we get a good rapid going down.

16           And as you approach this strainer, it's

17   supposed to mimic a downed tree.  And I was so full

18   of water, I wasn't able to make it over the strainer

19   properly and I actually went underneath it.

20           And I got stuck underneath it, and I had to

21   grab the safety line.  And during the course of this,

22   I was head first under the pipe and my feet got taken

23   down by the flows of the river, but I never let go of

24   the rope.  I was trying to get my head above the water.

25           And it tore in four different places -- my

1    bicep, the supraspinatus tendon, and some other tendons

2    in there -- my shoulder.  And I just had to let go

3    because the pain was excruciating.  And I tried to swim

4    out and I just could not, one hand out of the river, and

5    the flows were just too high.

6              And I just was floating down the water, down

7    the river, and I was literally thinking, like, this is

8    it.  Like, they're going to find me in Folsom Lake

9    somewhere.  I'm going to just float down the river,

10   you know.

11             And we were practicing throwing ropes, and

12   they were throwing the rope, trying to get it to me,

13   but at the speed I was going and the flow of the water,

14   we weren't matching up.  And then I was just trying to

15   regain some strength and swim out, aggressively swim to

16   the bank, and I just couldn't.

17             And then finally one of the ropes got close

18   enough and I was able to reach it, and I just threw it

19   over my shoulder and I just let them drag me right in,

20   just drag me right in to the bank.

21             And it was a pretty steep, because on the

22   south fork of the American River up above Coloma, it's

23   very mountainous.  And it was just a bad day.

24             And I was trying to climb up the rocks.  I'm

25   walking through, you know, everything, just getting hit

1    with sticks and branches.  And I was just like, "Oh my

2    God."  And my shoulder was just on fire.

3             And I got out of the water, and Captain

4    Lauchner said, "What happened?"

5             And I said, "I don't know, but I tore my

6    shoulder up."

7             And he was like, "Well, that happened in your

8    academy, didn't it?"

9             I said, "It happened just right now."

10             And I don't know if he was intentionally

11    trying to put it off on something else, but I was like,

12    "No.  This suit filled up with so much water that I sunk

13    in the river."

14             And that's what happened that day, and that's

15    how I tore my shoulder up.

16        Q.    When you asked for -- when you first asked for

17    a new suit, you were given a new suit; correct?

18        A.    Yes.

19        Q.    Okay.  Did you let anyone know that the new

20    suit was leaking?

21        A.    No.  I was already in the water at this point.

22        Q.    Okay.  Was there a reason why you didn't tell

23    anybody that the new suit was also leaking?

24        A.    Well, I just figured, well, this is what I'm

25    getting and I'll just have to deal with it.

```
 1        Q.    Was there anything about how Lauchner acted

 2   that made you think he was intentionally giving you a

 3   suit that was leaky?

 4        A.    I personally feel he was very dismissive.  I

 5   personally feel that way, just in his -- the way we

 6   spoke to each other.

 7        Q.    That was not my question.

 8              My question was was there anything that he did

 9   that made you think he was intentionally giving you a

10   suit that was leaky?

11        A.    I'm going to say this, and I'm going to answer

12   your question.  I'm going to tie it into this.

13              I believe wholeheartedly, you held me to this

14   standard to know my equipment.  If you didn't know any

15   of those suits were leaking -- first, I believe he did

16   know they were leaking.

17              If you didn't know these suits were leaking,

18   how are you holding me to a lesser -- to a higher

19   standard than you're holding yourself?

20              In my position right now, I'm over the

21   vehicles fleet for prevention.  I have to know when

22   they're due for service, safety issues, recalls that

23   come up.  I have to know that.

24              You are a captain in charge of dry suits, and

25   if you choose to believe that you didn't know they were
```

1    leaking, well then, that says a lot about how effective

2    you are at your job, in my opinion.

3          According to this, you held me to a standard

4    that I have to know the SCBA, that I have to know how to

5    pull a tank line.  I have to know that intimately.

6          And that's my personal opinion.  I believe he

7    intentionally gave me that.  He knows which suits were

8    leaking.  In his comment to the City, when they -- I

9    got the transcripts, he said -- he acknowledged they

10   were leaking.

11       Q.    Did you observe when you were putting on

12   either one of the suits that there was any physical

13   defect that you could observe in the suits before you

14   stepped into the water?

15       A.    No.

16       Q.    Did you talk to any of the other recruits who

17   were there about whether their suits also leaked?

18       A.    I did not.

19       Q.    Okay.  Is there anything else besides what

20   you describe of what your expectation was of Captain

21   Lauchner that he did or said on the day that you got

22   this wetsuit that made you think he was intentionally

23   trying to give you a leaky wetsuit?

24       A.    I have nothing from that day that he said.

25   I'm only basing it off our past interactions.

1          Q.    All right.  And the shoulder injury is what

2     you filed a workers' comp claim on; correct?

3          A.    Yes.

4          Q.    And was that granted?

5          A.    Yes.

6          Q.    And what treatment did you have to do for

7     your shoulder injury?

8          A.    They performed two surgeries and one PRP,

9     plasma rich platelets.

10               First surgery they repaired the supraspinatus.

11    The second surgery they repaired my bicep, put an anchor

12    in, because the original anchor fell out.

13               They did put an anchor in initially.  It did

14    not hold.  And I complained about pain.  I said, "The

15    pain is not going away."

16               They did another -- they conducted an MRI,

17    except they did a high-definition one where they

18    injected me with, like, some type of fluid that

19    reflects.  I'm not certain with the technical names.

20               And they showed that the anchor had became

21    dislodged, and there were other tears underneath that

22    they couldn't see with the original MRI.  So they had

23    to go in and repair the damage.

24          Q.    All right.  And you received payment for your

25    surgeries and injury through workers' comp?

1      A.    Yes.  They kept my pay while I was in rehab.

2      Q.    So was there a period of time that you were

3  out on medical leave?

4      A.    Yes.

5      Q.    What period of time was that?

6      A.    I believe it was approximately the very

7  following week.  I was out for a period of -- off and on

8  for about three years.  I just returned to work March of

9  2023.  No.  2024.  I apologize.  So I was off that whole

10  time.

11      Q.    All right.  And at what point did you -- did

12  you ever return to suppression after that?

13      A.    I made an attempt to.  I had to go get an

14  evaluation, and they said the shoulder hadn't healed up

15  enough.  I still had pain.  I couldn't lift anything.

16  And that's when they ordered the second MRI to look.

17      Q.    When was that that you had that evaluation?

18      A.    I think I met with Dr. Hirahara -- excuse me.

19  I met with Dr. Isono at some point in 2023, because my

20  surgery was in September of 2023.  So I would have to

21  look at the dates.  But I believe it was maybe the early

22  part of the summer, and he did an evaluation and saw

23  that it was still -- I was not ready to return to work.

24  He was the -- I can't think of the name of the

25  evaluator.

1      Q.    All right.  When was it that you then returned

2   to fire prevention?

3      A.    I returned to fire prevention in -- my first

4   day back, I believe, was March 8th, approximately.

5      Q.    Of what year?

6      A.    2024.

7      Q.    Okay.  So were you out the entire time from

8   January 2021, approximately, through March 8th, 2024?

9      A.    No.  I returned to work to speak with Chief

10  Costamagna and the chiefs about what my role would be.

11  And I had done some thinking about what I had been

12  through.  And Chief Costamagna and I did have a talk

13  about returning to my old position.

14          But before -- I did leave the door open that

15  I did want to be evaluated, even though I did say I

16  wanted to come back to prevention.  But we had a really

17  in-depth conversation about it.  So I came back on

18  light duty.

19      Q.    For which side?  Prevention or suppression?

20      A.    Yes, prevention.  That was my light-duty

21  position, was in prevention.

22      Q.    All right.  And then as of now, are you

23  full-time in prevention?

24      A.    Yes.

25      Q.    And has there been any discussion of returning

1        A.    I believe so.

2        Q.    All right.  I want to focus on Captain Brust.

3        A.    Yes.

4        Q.    And what about what you observed of Captain

5   Brust's comments or actions made you think that his

6   conduct toward you was because of your race?

7        A.    I believe his dismissive attitude played a

8   huge role.  And when we talk about comments, it was

9   the constant -- well, several times he stated, "That

10   sounds like an excuse to me," in regards to putting

11   the hose away, not throwing away boxes, things of that

12   nature, that I didn't see him say to other persons.

13        Q.    Did you observe him in a situation where

14   someone had clearly not done something and he confronted

15   them about it?

16        A.    Oh, absolutely.  There was a moment when

17   Cameron Bryant was supposed to be showing me how to

18   pull a two-and-a-half-inch hose lay, and he had come

19   down on me for not doing it in the smoothest pattern.

20        Q.    "He" had come down on you.  Who had come down

21   on you?

22        A.    Captain Brust.

23        Q.    Got it.  Okay.

24        A.    We went to a vacant lot and we were practicing

25   pulling the two-and-a-half-inch tank line -- excuse

```
1    me -- hose out of the hose bin in the back of the
2    engine.  He was -- Captain Brust was not happy with my
3    technique, even though it's the academy technique.
4              So he says to Cameron Bryant, "Show
5    Gildersleeve how to do it."
6              So we replaced all the hose, laid it out
7    correctly.  And Cameron Bryant grabs the hose and pulls
8    everything out of the bin.  It became a whole spaghetti
9    mess on the ground, and I just looked at him.
10             And Captain Brust said something along the
11   lines of, "What are you doing?  You're supposed to be
12   teaching Gildersleeve how to do it."  And it was such
13   a mess.  And for a moment I did feel a bit validated,
14   but the equal -- the treatment was unequal.
15             And to go further into that, when I pulled
16   those lines, I did not drop them and get them twisted up
17   on the ground or anything like that.  It may not have
18   been the prettiest overlay of each other when it comes
19   to the hose bed -- excuse me -- the hose lay, but it was
20   not this scrambled-up mess that Cameron Bryant showed us
21   how to do.
22        Q.    And Brust made a comment on how Bryant didn't
23   do it right; correct?
24        A.    That's correct.
25        Q.    Any other examples that you can recall about
```

1    how Brust treated others that make you believe that how

2    he treated you was because of your race?

3        A.    Yes.  When we were at the table and I'm

4    getting cussed at, I'm getting humiliated in front of

5    the truck and the engine company, no defense of me

6    occurred.  It made me feel, and I was able to witness,

7    that there was bias and there is bias.  It doesn't have

8    to be words.

9            I absolutely can see the discriminatory nature

10   in how I'm being treated, how people are talking to me,

11   how they're cussing at me, how I'm being talked to by

12   upper management.  Earlier you read to me our statement,

13   our captains aren't supposed to cuss at us and belittle

14   us and let others do that.  There was a whole statement

15   we went through.

16       Q.    I'm focused on Brust right now.  So I want to

17   make sure that we're just talking about Brust and his

18   conduct that you observed or experienced that you

19   believe -- or that makes you believe that he was

20   treating you differently because of your race.

21       A.    Yes.

22       Q.    So I just want to be careful that you're not

23   going into what other people are doing.

24       A.    And I understand that.

25       Q.    Thank you.

1         A.    Thank you.  And I appreciate that

2    clarification.

3               What I meant to say was, when I mentioned

4    that, it was he was witness there.  He was present for

5    this treatment and did nothing.

6         Q.    Had you observed him defend anyone else when

7    they were being cussed at?

8         A.    I didn't witness anyone else being cussed at.

9         Q.    All right.  Any other conduct that you

10   observed of Brust that made you believe that his

11   treatment of you was because of your race?

12        A.    To the best of my knowledge, it was the

13   treatment that I saw, the unequal treatment.

14        Q.    Do you recall any observations of Brust's

15   treatment toward Schilling?

16        A.    Yes.  It was quite positive.  It was always

17   positive.

18               And I believe you're speaking in regards to

19   probationary firefighters?

20        Q.    Well, I'm specifically talking about Schilling

21   during his probation period, because he was the one that

22   was assigned to Station 6; correct?

23        A.    That's correct.

24        Q.    Okay.  So do you have any specific

25   recollection of Brust interacting with Schilling that

224

1      Q.    And then at some point Hunter told you to get

2   out of your head?

3      A.    Get them out of my head.

4      Q.    Get them out of your head?

5      A.    Yes.

6      Q.    And did you feel like that was good advice?

7      A.    Absolutely.  He reiterated, "You already know

8   this.  You already did this.  You did this in the

9   academy and you've done this at previous stations.  This

10  is nothing new."  And we talked about how I was letting

11  the outside noise disrupt my abilities.

12     Q.    Did you agree with him?

13     A.    Absolutely.

14     Q.    All right.  Have we talked about all the

15  reasons that you believe Brust's treatment toward you

16  was because of your race?

17     A.    From what I can remember, I believe so.

18     Q.    Okay.  Can you tell me why you believe Captain

19  Lauchner's treatment toward you was because of your

20  race?

21     A.    Lauchner and I have never had a good

22  relationship.  There's always been some form of

23  tension there that I have not been able to identify.

24     Q.    When is the first time that you recollect

25  observing that tension between the two of you?

```
 1        A.    I don't know the specific date.  I don't know

 2   the time frame.  But I remember meeting him at a crab

 3   feed that the fire department does, and it wasn't warm.

 4   I remember seeing him at our academy grounds.  It wasn't

 5   warm.  It doesn't need to be warm, but it wasn't

 6   cordial.

 7             I noticed how he treated other recruits, not

 8   even probationary firefighters at this point, and it

 9   always kind of stuck in my head, but I wasn't putting

10   two and two together.

11        Q.    Did you ever see him interact with any of the

12   other African-American recruits?

13        A.    No.  I can't say that I have.

14        Q.    Let me go back to Brust.

15             Did you ever observe Brust interact with any

16   other African-American recruits?

17        A.    No, I can't say that I have.

18        Q.    Okay.  So you felt that his interaction,

19   Lauchner's interaction with you was not warm when you

20   first met him; correct?

21        A.    That's correct.

22        Q.    Is there anything that he ever did or said

23   that made you think that that lack of warmness was due

24   to your race as opposed to just not liking you or for

25   some other reason?
```

1          A.    Yeah.  You bring up a good point.  I can

2    only base it on how I saw him interact with the white

3    firefighters.  That's all I have to base on.

4              I never saw him cuss at anyone.  I never saw

5    him threaten to fire someone.  I never saw him play

6    games with somebody, as far as, like, "Let's test him

7    and see if he throws a box away."  I never saw that.

8              And I'm not a new guy.  I think that piece

9    gets lost sometimes.  I had not known Captain Brust

10   long, but I've known of Lauchner for quite a long time,

11   when I was even in prevention.  And I saw from my

12   interactions that I saw, because there's not many blacks

13   there to interact with anyway.  So I could absolutely

14   tell the difference and see it and feel it.

15         Q.    I was not there; right?  Obviously.  So I need

16   to know.  When you're saying, "I saw it and I feel it,"

17   I need you to describe to me what that looks like so I

18   can understand.

19         A.    Understood.

20              He goes to a white firefighter, "How are you

21   doing?  How is your family?  How is everything going?"

22   Warm.  The same thing doesn't get afforded myself.  Not

23   that I need him to.

24              When Ryan Gardner cussed at me, it did not

25   come out of his -- the senior jake had to go and take

1    the firefighter aside, Joe Hunter, and say, "Hey, what

2    are you doing?"  That's the captain's role, especially

3    because Lauchner is over Gardner.

4          This type of behavior -- all captains talk.  I

5    did not witness it, but I'm certain that Captain Brust

6    and Lauchner talked about this whole papoose thing.

7    It's unfortunate that it wasn't addressed in the

8    station, as it is at all stations when issues come up.

9          When issues come up in the station, the

10   captain -- we have certain situations where the captain

11   would get everybody together, talk about an issue that's

12   going on in the firehouse.  It never occurred.

13        Q.   What issue are you referring to?

14        A.   I'm referring to when Sinnett called me an

15   F'ing A-hole.

16          I'm referring to when Bryant got me in trouble

17   for not pulling up the hose and not addressing the both

18   of us, you know, in that situation.

19          I'm talking about when Captain Lauchner is

20   cussing at me and we don't get everybody together and

21   see if we can cool the temperature down; hence, why

22   before I even got there, the incident was between a

23   firefighter and Joe Hunter, the other African-American,

24   that he had to send that firefighter out.  The chiefs

25   had to get involved, which is why Chief Helvin came and

1    got involved.

2            I'm saying the temperature is not being

3    lowered when it comes to Lauchner, and his interaction

4    with me was not the same as was with white firefighters.

5            As much as I understand you saying that this

6    was a probationary thing, I was not on probation when I

7    met him the first time.  Not at all.  And I absolutely

8    see it and know what discrimination looks and feels

9    like, and I felt that.

10        Q.    Did you observe Lauchner interact with any of

11   the other probationary firefighters when you were a

12   probationary firefighter?

13        A.    It was very limited.  Just limited to

14   Schilling.

15        Q.    And are there any particular interactions

16   between him and Schilling that you recall sitting here

17   today?

18        A.    No.

19        Q.    All right.  Did you ever see him interact with

20   Joe Hunter?

21        A.    Somewhat.

22        Q.    Do you recall any conduct by Lauchner toward

23   Hunter that you thought was discriminatory?

24        A.    I believe so.

25        Q.    What was that?

229

1          A.    I felt that he was very dismissive.  I think

2    very highly of Joe Hunter.

3          Q.    Okay.  Before you go into your opinions about

4    him, I want to know the conduct of Lauchner toward

5    Hunter that you thought was discriminatory.

6          A.    Yes.  I think dismissiveness is

7    discriminatory.  And what I mean by that is there are

8    instances where firefighters are telling stories at the

9    dinner table and the other firefighters may be going off

10   on gossip, because that happens quite a bit.

11               Joe Hunter may talk about training that the

12   truck needs to do -- very dismissive, as if he didn't

13   speak.  And I always wanted to give him my attention

14   because, well, he's a senior jake at that point before

15   he became a captain.

16        Q.    When you say "dismissive," what's the conduct

17   that he's doing that you think was dismissive?

18        A.    No acknowledgment.  I mean, looking his

19   direction when he's speaking and that's it.

20               And I use that as an example because when Ryan

21   Gardner cussed at me, it made him laugh, and he nodded

22   his head and tilted it to the side.  I saw that, and I

23   looked at that like, "You're okay with that."

24        Q.    Had you observed other people cussing in

25   Lauchner's presence besides Gardner?

```
 1        A.    No.  I believe that when it was Sinnett and

 2   the others, it was only related to Captain Brust.

 3        Q.    What about just in normal chitchat?  Did

 4   people talk at the dinner table that included cuss

 5   words?

 6        A.    Yes.

 7        Q.    Was that something that was frowned upon in

 8   the department?

 9        A.    It depends on the captain.

10        Q.    Okay.  Within Station 6, did you notice anyone

11   expressing concerns regarding people just generally

12   using cuss words as part of their vernacular?

13        A.    Yes, I saw.

14        Q.    Okay.  And what did you see regarding that?

15        A.    You know, people drop the F-bomb or they talk,

16   but it was never pointed in a way to put someone down.

17        Q.    So the only time you observed that was the

18   time that Gardner said that to you and Sinnett?

19        A.    That's correct.

20        Q.    All right.  Anything else that Lauchner did or

21   said that made you think his conduct toward you was due

22   to your race?

23        A.    Not that I believe that we haven't already

24   covered.

25        Q.    Okay.  Let's go to Exhibit 6.
```

1      Q.    And did that include a bow line?

2      A.    I believe a bow line was one of the knots.

3      Q.    All right.  Let's turn to the next page.

4    Performance and conduct rating for the month of August.

5          Do you see that?

6      A.    Yes.

7      Q.    All right.  And you agree that for the date of

8    the 29th you received all needs -- improvement needed;

9    correct?

10     A.    No.  There has to be some explanation with

11   this.

12     Q.    Okay.  Please explain.

13     A.    I worked under Captain Icenbice, and he let me

14   know that it doesn't matter how well you do.  Everyone

15   needs improvement.  So whenever -- because I did speak

16   to him about when am I going to get some Ss, and he let

17   me know that everyone needs improvement.  He doesn't

18   write -- he rarely -- excuse me.  He rarely writes Ss.

19   And so I asked him about what Captain Budd was writing.

20   And they always want people to improve.

21     Q.    Okay.  You agree that on the 10th you received

22   Ss?

23     A.    Yes.

24     Q.    Okay.  Do you agree that on the 29th you

25   received all improvement needed?

```
 1                    REPORTER'S CERTIFICATE

 2          I, EMILY SAMELSON, a Certified Shorthand

 3   Reporter of the State of California, duly authorized to

 4   administer oaths, do hereby certify:

 5          That I am a disinterested person herein; that

 6   the witness, WARIS GILDERSLEEVE, named in the foregoing

 7   deposition, was by me duly sworn to testify the truth,

 8   the whole truth, and nothing but the truth; that the

 9   deposition was reported in shorthand by me, EMILY

10   SAMELSON, a Certified Shorthand Reporter of the State of

11   California, and thereafter transcribed using

12   computer-aided transcription and is a true and correct

13   record of the testimony so given.

14          Before completion of the deposition, review of

15   the transcript [X] was [  ] was not requested.  If

16   requested, any changes made by the deponent (and

17   provided to the reporter) during the period allowed are

18   appended hereto.  (Fed. R. Civ. P. 30(e)).

19          IN WITNESS WHEREOF, I hereby certify this

20   transcript at my office in the County of Sacramento,

21   State of California, 12th of February, 2025.

22
                              E. Samelson
23          _____

24                       EMILY SAMELSON, CSR NO. 14043
                         Certified Shorthand Reporter of
25                       the State of California
```

EXHIBIT B



**SACRAMENTO FIRE DEPARTMENT**
**DIVISION OF TRAINING**

**PROBATIONARY FIREFIGHTER**
**PERFORMANCE AND CONDUCT RATING**

NAME _Waris Gildersleeve_     CLASS #_19-2_     MONTH _April_

COMPANY ASSIGNMENT _M4_     SHIFT _A_

**Rating Codes:** **S-** satisfactory, **I-** improvement needed, **U-** unsatisfactory

| - PERFORMANCE MARKS - | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DATE** | | | 18 | 19 | 24 | 25 | 30 | | | | | | |
| Adaptability | S | S | I | I | I | I | I | | | | | | |
| Dependability/Reliability | S | S | I | I | I | I | I | | | | | | |
| Performance-Emergency | S | S | I | I | I | I | I | | | | | | |
| Performance-Training | S | S | I | I | I | I | I | | | | | | |
| Quality of Work | S | S | I | I | I | I | I | | | | | | |
| Technical Skills | | S | I | I | I | I | I | | | | | | |
| **-CONDUCT MARKS -** | | | | | | | | | | | | | |
| Adaptability | S | S | I | I | I | I | I | | | | | | |
| Attitude/Enthusiasm | S | S | S | S | S | S | S | | | | | | |
| Core Values | S | S | S | S | S | S | S | | | | | | |
| Influence on others | NA | NA | I | I | I | I | I | | | | | | |
| Initiative | S | S | I | I | I | I | I | | | | | | |
| Participation/Cooperation | S | S | S | S | S | S | S | | | | | | |
| Physical Fitness | NA | NA | NA | NA | NA | NA | NA | | | | | | |
| Professionalism | S | S | S | S | S | S | S | | | | | | |
| Reliability | S | | I | I | I | I | I | | | | | | |

COMPANY OFFICER _[signature]_ DID-22_5802_ DATE _4/30/2020_

PROBATIONARY FF _[signature]_ DID-22_4021_ DATE _4/29/2020_

BATTALION CHIEF _[signature]_ DID-22_5755_ DATE _4/30/20_

**Original- To Division of Training**     **Copy- Remains in Packet**     TD-5

EXHIBIT 6
W. Gildersleeve
Vol. 1
1/28/2025
Reported by: Emily
Samelson, CSR 14043

# SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** W. Gildersleeve          **CLASS #** 19-2          **DATE(S)** 5/01/2020

**COMPANY ASSIGNMENT** M4          **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating marks on the TD-5 |

**FAVORABLE COMMENTS:**

FF Gildersleeve started day two with a critical trauma vehicle accident on the freeway. He was tasked with setting up the back of the ambulance to recieve the patient from his crew. He maintained professionalism and seemed to handle the stress well. FF Gildersleeve continued to take initiative in the fire house when not running calls. He continued to study the medic and learn the basic skills of an EMT assigned to a medic unit.

**UN-FAVORABLE COMMENTS:**

FF Gildersleeve needs to show more confidence and move more with purpose. I have not doubt this will be easliy corrected as shifts continue.

B. Budd
COMPANY OFFICER

W. Gildersleeve/
PROBATIONARY FIREFIGHTER

White Copy- To Division of Training      Yellow Copy- To Employee      Pink Copy- Remains in Packet

TD-6

# SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME W. Gildersleeve     CLASS # 19-2     DATE(S) 4/30/2020

COMPANY ASSIGNMENT M4     SHIFT A

### Instructions to Company Officer/Administrative Supervisor

1. Complete the narrative section at the end of each shift/rotation
2. Comments should support any rating marks on the TD-5

**FAVORABLE COMMENTS:**

FF Gildersleeve is continuing his ten shift sign off. He is still learning the ambulance and orientating on all aspects. He continues to learn the equipment location and how to use it. FF Gildersleeve inserted himself around the station completing chores and asking appropriate questions of his job description. FF Gildersleeve is learning how to complete PCR's and do radio reports. He maintained professional demeanor on scene while giving patient care.

**UN-FAVORABLE COMMENTS:**

FF Gildersleeve needs to self motivate and increase his efficiency on scene. Continue to use your basic skills to build on for the next shift.

B. Budd/
COMPANY OFFICER

W. Gildersleeve/
PROBATIONARY FIREFIGHTER

White Copy- To Division of Training     Yellow Copy- To Employee     Pink Copy- Remains in Packet

TD-6

# SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME W. Gildersleeve                    CLASS # 19-2              DATE(S) 4/24/-4/25

COMPANY ASSIGNMENT M4                    SHIFT A

### Instructions to Company Officer/Administrative Supervisor

1. Complete the narrative section at the end of each shift/rotation
2. Comments should support any rating marks on the TD-5

**FAVORABLE COMMENTS:**

FF Gildersleeve started on his first day of medic orientation. He is very enthusiastic and eager to learn. He asks alot of questions and is humble to his lack of experience. FF Gildersleeve has a positive attitude and attempts to participate in needs around the fire house. He spent most of the rotation learning the equipment on the ambulance. He began learning how to use the radio and becoming a team member on the medic crew.

**UN-FAVORABLE COMMENTS:**

FF Gildersleeve needs to increase his knowledge of the iventory and equipment identification on the medic unit. I have no doubt that his positive attitude and willingness to learn the job will allow him to be succesful.

B. Budd/
COMPANY OFFICER

W. Gildersleeve/
PROBATIONARY FIREFIGHTER

White Copy- To Division of Training        Yellow Copy- To Employee        Pink Copy- Remains in Packet

TD-6

CRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME W. Gildersleeve                    CLASS # 19-2               DATE(S) April 19 2020

COMPANY ASSIGNMENT E4                   SHIFT A

| Instructions to Company Officer/Administrative Supervisor |
| --- |
| 1. Complete the narrative section at the end of each shift/rotation<br>2. Comments should support any rating marks on the TD-5 |

**FAVORABLE COMMENTS:**

Day 2 found FF Gildersleeve up early doing morning station duties and continuing to learn the engine and station. He was very eager to learn and asked alot of questions. FF Gildersleeve trained on usage of portable radios and radio eticate. He learned flag folding and studied high rise purse and equipment. He followed directions well on calls for service and station responssbilities.

**UN-FAVORABLE COMMENTS:**

FF Gilderslleve needs to understand his role as a probationary with his time management and making common sense decisions. He needs to be first to the phone, first to the flag etc. M4 will be a good foundation the next 5 shifts to get him up to speed.

B. Budd/
COMPANY OFFICER                         W. Gildersleeve/
                                        PROBATIONARY FIREFIGHTER

White Copy- To Division of Training    Yellow Copy- To Employee    Pink Copy- Remains in Packet

TD-6

# CRAMENTO FIRE DEPARTMENT

## Training Division
## Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME W. Gildersleeve                    CLASS # 19-2                    DATE(S) April 19 2020

COMPANY ASSIGNMENT E4                   SHIFT A

### Instructions to Company Officer/Administrative Supervisor

1. Complete the narrative section at the end of each shift/rotation
2. Comments should support any rating marks on the TD-5

### FAVORABLE COMMENTS:

Today was FF Gildersleeves first day on E4. He arrived with a positive attittude ready to work. He immediatley found who he was relieving and found his senior firefighter to find direction. FF Gildersleeve spent the morning learning how to check out the engine and EMS gear. After lunch E4 ran two tank line drills to actual houses. FF Gildersleeve has alot to improve on with technique but has a safe platform to start from. He stayed busy in the fire house and asked alot of good questions.

### UN-FAVORABLE COMMENTS:

FF Gildersleeve is very "green" in his skills pulling hose and EMS assessments. He will be starting his medic check off next rotation. He will have a steep learning curve to get up tp speed.

B. Budd/
COMPANY OFFICER

W. Gildersleeve/
PROBATIONARY FIREFIGHTER

White Copy- To Division of Training        Yellow Copy- To Employee        Pink Copy- Remains in Packet

TD-6



# SACRAMENTO FIRE DEPARTMENT

## Training Division
## Probationary Firefighter Evaluation Program

### DAILY PERFORMANCE NARRATIVE RECORD

NAME _W. Gildersleeve_          CLASS # _19-2_          DATE(S) _4/12-13_

COMPANY ASSIGNMENT _E43_          SHIFT _A_

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

FF GILDERSLEEVE HAD A GOOD FIRST SET OUT OF THE TOWER GOOD WORK ETHIC AND ATTITUDE WE WENT OVER A LOT OF FUNDAMENTALS MAKING SURE HE KNOWS THE BASICS.

**UNFAVORABLE COMMENTS:**

COMPANY OFFICER

_T. WEYGANT_

PROBATIONARY FIREFIGHTER

**Original - to Division of Training**          **Copy- remains in packet**

TD-6

# SACRAMENTO FIRE DEPARTMENT
## DIVISION OF TRAINING

## PROBATIONARY FIREFIGHTER
## PERFORMANCE AND CONDUCT RATING

NAME W. Gildersleeve          CLASS # 19-2          MONTH May

COMPANY ASSIGNMENT Medic 4          SHIFT A

**Rating Codes**: **S**- satisfactory, **I**- improvement needed, **U**- unsatisfactory

| - PERFORMANCE MARKS - | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 1 | 6 | 7 | 12 | 13 | 18 | 19 | 24 | 25 | 30 | 31 | | | | |
| Adaptability | I | I | I | I | I | I | I | | I | I | I | | | | |
| Dependability/Reliability | I | I | I | I | I | I | I | | I | I | I | | | | |
| Performance-Emergency | I | I | I | I | I | I | I | | I | S | S | | | | |
| Performance-Training | I | I | I | I | I | I | I | | I | S | S | | | | |
| Quality of Work | I | I | I | I | I | I | I | | I | S | S | | | | |
| Technical Skills | I | I | I | I | I | I | I | | I | S | S | | | | |
| -CONDUCT MARKS - | | | | | | | | | | | | | | | |
| Adaptability | I | S | S | S | S | S | S | | S | S | S | | | | |
| Attitude/Enthusiasm | S | S | S | S | S | S | S | | S | S | S | | | | |
| Core Values | S | S | S | S | S | S | S | | S | S | S | | | | |
| Influence on others | I | I | I | I | I | I | I | | I | I | I | | | | |
| Initiative | I | S | S | S | S | S | S | | I | I | I | | | | |
| Participation/Cooperation | S | S | S | S | S | S | S | | J | S | S | | | | |
| Physical Fitness | NA | S | S | S | NA | NA | | | NA | S | S | | | | |
| Professionalism | S | S | S | S | S | S | S | | NA | S | S | | | | |
| Reliability | I | I | I | I | I | I | I | | I | I | I | | | | |

COMPANY OFFICER _____ DID-22 5302    DATE 5/31/2020

PROBATIONARY FF _____ DID-22 4021    DATE 5/1/20

BATTALION CHIEF _____ DID-22 5842    DATE 5/31/20

**Original- To Division of Training          Copy- Remains in Packet          TD-5**



# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** W. Gildersleeve                    **CLASS #** 19-2          **DATE(S)** May 30-31

**COMPANY ASSIGNMENT** M4                   **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating marks on the TD-5 |

**FAVORABLE COMMENTS:**

FF Gildersleeve remains positive at work while striving to learn. He has shown improvement with his BLS assessments and operational skills on the medic. Day two FF Gildersleeve completed his MQAO sign off to operate the medic with a single partner. His crew was assigned to a civil unrest task force on day 2. He showed good stuational awarness and took appropriate safety precausions.

**UN-FAVORABLE COMMENTS:**

Needs to show more confidence and take initiative around the fire house.

B. Budd _____          W. Gildersleeve/ _____
COMPANY OFFICER                            PROBATIONARY FIREFIGHTER

White Copy- To Division of Training      Yellow Copy- To Employee      Pink Copy- Remains in Packet

TD-6



# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** W. Gildersleeve      **CLASS #** 19-2      **DATE(S)** 5/24-25

**COMPANY ASSIGNMENT** M4      **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should  support any rating marks on the TD-5 |

**FAVORABLE COMMENTS:**

Day 1 FF Gildersleeve had to go home for medical issue. Day 2 FF Gildersleeve arrived in uniform ready to work. He studied protocols and worked on BLS assessments. He maintains a positive attittude and inserts himself to jobs in the fire house. He is professional on calls for service with good patient repor.

**UN-FAVORABLE COMMENTS:**

He needs to continue to work on a set BLS assessment that keeps him on tract for a treatment.

B. Budd
**COMPANY OFFICER**

W. Gildersleeve/
**PROBATIONARY FIREFIGHTER**

White Copy- To Division of Training      Yellow Copy- To Employee      Pink Copy- Remains in Packet

TD-6

# SACRAMENTO FIRE DEPARTMENT

## Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** W. Gildersleeve      **CLASS #** 19-2      **DATE(S)** May 18-19

**COMPANY ASSIGNMENT** M4      **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating marks on the TD-5 |

**FAVORABLE COMMENTS:**

FF Gildersleeve arrives ready for work with a positive attittude. He is still learning the flow of working the medic and duties in the fire house. FF Gildersleeve inserts himself on calls for service and trys to help where ever needed. He showed slight improvement on his BLS assessments and knowledge of the medic unit.

**UN-FAVORABLE COMMENTS:**

FF Gildersleeve recieved his formal PIP today from EMS. He is to continue on his medic sign off for the next two rotations. He has a good grasp on what he needs to improve on including having a good template for patient questioning and understanding his role as an EMT in the department.

B.Budd /
COMPANY OFFICER

W. Gildersleeve/
PROBATIONARY FIREFIGHTER

White Copy- To Division of Training      Yellow Copy- To Employee      Pink Copy- Remains in Packet

TD-6



# SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** W. Gildersleeve          **CLASS #** 19-2          **DATE(S)** 5/13/2020

**COMPANY ASSIGNMENT** M4          **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating marks on the TD-5 |

**FAVORABLE COMMENTS:**

FF Gildersleeve maintains a positive work ethic and spent most of the day studying the usage of the medic. He had his first day of MQAO sign off by FF Van Such. FF Gildersleeve took the lead on patient assessments and helped out when needed. Work was completed at the station. He is always looking to help the crew in all aspects of the job.

**UN-FAVORABLE COMMENTS:**

FF Gildersleeve will be extended for another day of MQAO sign offs. He needs to study his BLS protocols and commit them to memory. Gildersleeve needs to find his place on medical aids and create a template for his questioning during assessments. I believe he has the knowledge to complete this but needs to not let the presure of the job and crew get him off track. I have no doubt he will succeed with paracitce and repitition.

B.Budd
COMPANY OFFICER

W. Gildersleeve/
PROBATIONARY FIREFIGHTER

White Copy- To Division of Training     Yellow Copy- To Employee     Pink Copy- Remains in Packet

TD-6



# SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** W. Gildersleeve          **CLASS #** 19-2          **DATE(S)** 5/12/2020

**COMPANY ASSIGNMENT** M4          **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation<br>2. Comments should support any rating marks on the TD-5 |

**FAVORABLE COMMENTS:**

Day 1 FF Gildersleeve had his second day of EVOC sign off by AO Sergeant. FF Gildersleeve was able to complete the sign off and is now eligable to drive. FF Gildersleeve will increase his skills by running more calls and applying his driving skills. He maintains a very positive attitude and is slowly increasing his assertiveness.

**UN-FAVORABLE COMMENTS:**

Due to the Covid quarentine the calls for service have been less. This has not allowed FF Gildersleeve the usual reps needed to gain the experience. He has adapted well but will need to ramp up his studies to gain the skills needed to work a medic with a paramedic partner.

B.Budd
**COMPANY OFFICER**

W. Gildersleeve/
**PROBATIONARY FIREFIGHTER**

White Copy- To Division of Training      Yellow Copy- To Employee      Pink Copy- Remains in Packet

TD-6

# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** W. Gildersleeve      **CLASS #** 19-2      **DATE(S)** 5/7/2020

**COMPANY ASSIGNMENT** M4      **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating marks on the TD-5 |

**FAVORABLE COMMENTS:**

Day 2 FF Gildersleeve had his first EVOC ride along with J. Sergeant. He spent a better part of the day orienting on driving tactics and vehicle placements. FF Gildersleeve was very attentive and eager to learn. FF Gildersleeve continued to stay busy in and out of the fire house and maintained positive attitude. FF Gildersleeve went over personal tool selection for his turnouts.

**UN-FAVORABLE COMMENTS:**

FF Gildersleeve needs to increase his knowledge on how to use the MDC mapping program. It is essential for his assignment on a medic unit. EVOC will return next shift to continue his evaluation.

B.Budd /                   W. Gildersleeve/
COMPANY OFFICER                  PROBATIONARY FIREFIGHTER

White Copy- To Division of Training      Yellow Copy- To Employee      Pink Copy- Remains in Packet

TD-6

# SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME W. Gildersleeve         CLASS # 19-2         DATE(S) 5/6/2020

COMPANY ASSIGNMENT M4         SHIFT A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating marks on the TD-5 |

**FAVORABLE COMMENTS:**

FF Gildersleeve continues to do his ten shift sign off. He is progressing into the operation of the equipment on the ambulance. He has been starting to do radio reports ad navigate the MDC. FF Gildersleeve makes time to complete station duties through out the day. He is eager to learn and gets along well with the crew.

**UN-FAVORABLE COMMENTS:**

FF Gildersleeve has the knowledge base to do well in this job, it appears he gets overwhelmed with the pressure of trying to do well. FF Gildersleeve needs to slow down and think through his tasks and i believe things will become easier for him.

B. Budd/
COMPANY OFFICER

W. Gildersleeve/
PROBATIONARY FIREFIGHTER

White Copy- To Division of Training     Yellow Copy- To Employee     Pink Copy- Remains in Packet

TD-6

# SACRAMENTO FIRE DEPARTMENT
## DIVISION OF TRAINING

### PROBATIONARY FIREFIGHTER
### PERFORMANCE AND CONDUCT RATING

NAME _Waris Gildersleeve_          CLASS # _19-2_          MONTH _June_

COMPANY ASSIGNMENT _E4_          SHIFT _A_

**Rating Codes**: **S**- satisfactory, **I**- improvement needed, **U**- unsatisfactory

| - PERFORMANCE MARKS - | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 5 | 6 | 11 | 12 | 17 | 18 | 19 | 23 | 24 | 29 | 30 | | |
| Adaptability | I | I | I | I | I | I | I | I | I | I | I | | |
| Dependability/Reliability | I | I | I | I | I | I | I | I | I | I | I | | |
| Performance-Emergency | I | I | I | I | I | I | I | I | I | I | I | | |
| Performance-Training | I | I | I | I | I | S | I | I | I | I | I | | |
| Quality of Work | I | I | I | I | I | S | S | I | I | I | I | | |
| Technical Skills | I | I | I | I | I | S | I | I | I | I | I | | |
| -CONDUCT MARKS - | | | | | | | | | | | | | |
| Adaptability | I | I | I | I | I | I | I | I | I | I | I | | |
| Attitude/Enthusiasm | S | S | I | I | S | S | S | S | S | S | S | | |
| Core Values | S | S | I | I | S | S | S | I | I | S | S | | |
| Influence on others | I | I | I | I | I | I | I | I | I | S | I | | |
| Initiative | S | S | I | I | S | S | S | S | S | S | I | | |
| Participation/Cooperation | S | S | I | I | S | S | S | S | S | S | S | | |
| Physical Fitness | S | S | I | I | S | S | I | I | I | S | S | | |
| Professionalism | S | S | I | I | S | S | S | S | S | S | S | | |
| Reliability | I | I | I | I | I | I | I | I | I | I | I | | |

COMPANY OFFICER     _[signature]_     DID-22_5302_     DATE _6/30/2020_

PROBATIONARY FF     _[signature]_     DID-22_4021_     DATE _6/7/20_

BATTALION CHIEF     _[signature]_     DID-22_5755_     DATE _7/8/20_

**Original- To Division of Training**          **Copy- Remains in Packet**          TD-5



## SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

### DAILY PERFORMANCE NARRATIVE RECORD

**NAME** W. Gildersleeve          **CLASS #** 19-2          **DATE(S)** June 30 2020

**COMPANY ASSIGNMENT** E4          **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating marks on the TD-5 |

**FAVORABLE COMMENTS:**

FF Gildersleeve was professional and curteous on calls for service. He stayed busy in and out of the fire house.

FF Gildersleeve participated in probationary drill with crew of E4. He performed all the 4 month skills in succession.

He was able to complete the drill and performed to standard.

**UN-FAVORABLE COMMENTS:**

FF Gildersleeve went through one SCBA bottle in 3 1/2 min of work. FF Gildersleeve needs to be more

aware of chores that have to be completed within the fire house with out having to be prompted.

FF Gildersleeve admitted to not keeping up on his physical fitness on his off days and needs to get his cardio

stamina back to a high level to perform in this career.

B.Budd _____          W. Gildersleeve/ _____
COMPANY OFFICER          PROBATIONARY FIREFIGHTER

White Copy- To Division of Training          Yellow Copy- To Employee          Pink Copy- Remains in Packet

TD-6



# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME W. Gildersleeve    CLASS # 19-2    DATE(S) June 29 2020

COMPANY ASSIGNMENT E4    SHIFT A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should  support any rating marks on the TD-5 |

**FAVORABLE COMMENTS:**

FF Gildersleeve is beggining to develop a routine at the fire house that is allowing him to complete assigned tasks and allow for individual and crew training. He asks approriate questions and attempts to participate in crew activities. FF Gildersleeve participated in a night drill with T16 and T2 covering search and TIC use. He performed to standard.

**UN-FAVORABLE COMMENTS:**

FF Gildersleeve needs to be more assertive when it comes to station activities and to be the first one to start chores and clean up.

B. Budd/
COMPANY OFFICER

W. Gildersleeve/
PROBATIONARY FIREFIGHTER

White Copy- To Division of Training    Yellow Copy- To Employee    Pink Copy- Remains in Packet

TD-6



# SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME <u>Waris Gildersleeve</u>  CLASS # <u>19-2</u>  DATE(S) <u>6/23-6/24</u>

COMPANY ASSIGNMENT <u>M15</u>  SHIFT <u>A</u>

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

I was not able to work with Waris as much this rotation due to the medic being out most of the rotation. However, he was able to attend a 4 mo practice drill and complete his familiarization of E615. He is still improving on his EMS skills but will still need time to be completely competent and confident. He is always nice and participates eagerly on EMS calls.

**UNFAVORABLE COMMENTS:**

Steven Icenbice
COMPANY OFFICER                              PROBATIONARY FIREFIGHTER

Original - to Division of Training          Copy- remains in packet

TD-6



# SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** Waris Gildersleeve          **CLASS #** 19-2          **DATE(S)** 6-19-20

**COMPANY ASSIGNMENT** E19          **SHIFT** B

---

### Instructions to Company Officer/Administrative Supervisor

1. Complete the narrative section at the end of each shift/rotation
2. Comments should support any rating given on the TD-5

---

**FAVORABLE COMMENTS:**

FF Gildersleeve was on a partial 12 hour mandatory shift today at E19. He arrived promptly this AM and began checking out the rig and working around the station. We were able to go over Engine pumping with him and also a orientation to E619. Both him and FF Critz worked on several tools off E19, cleaning them, polishing them and repainting them with the station color as needed. FF Gildersleeve was courteous and helpful on EMS calls. FF Gildersleeve appears to have a good basic knowledge of SFD as he is coming from Fire Prevention.

**UNFAVORABLE COMMENTS:**

None at this time

_S. Johnson_
COMPANY OFFICER

PROBATIONARY FIREFIGHTER

**Original - to Division of Training**          **Copy- remains in packet**

TD-6



# SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME W. Gildersleeve                    CLASS # 19-2               DATE(S) June 18 2020

COMPANY ASSIGNMENT E4               SHIFT A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation<br>2. Comments should support any rating marks on the TD-5 |

**FAVORABLE COMMENTS:**

Day 2 FF Gildersleeve completed a probationary drill where he practiced pulling the 150' tankline, 3" and sac pak and throwing 24' extension ladder to second story window. There was room for improvement but he performed the evolutions in a safe and efficient manner. FF gildersleeve prepared and presented a class on converting the Sac Pak accordion fold into a coil. He did well on this presentation.

**UN-FAVORABLE COMMENTS:**

B.Budd /
COMPANY OFFICER

W. Gildersleeve/
PROBATIONARY FIREFIGHTER

White Copy- To Division of Training        Yellow Copy- To Employee        Pink Copy- Remains in Packet

TD-6



# SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## PROBATIONARY COUNSELING NOTICE

**NAME** W. Gildersleeve                    **CLASS #** 19-2                    **DATE** June 17 2020

**COMPANY ASSIGNMENT** E4                    **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
| --- |
| 1. Complete the narrative section for any rating of one (1) or zero (0) |
| 2. Complete the narrative section for any acts requiring counseling by the company officer or administrate supervisor |
| 3. Comments should support any rating marks or narrative entries on the TD5 and TD6 |
| 4. Battalion Chiefs or administrative supervisors should be notified when counseling notice is completed |

**COMMENTS:**

FF Gildersleeve exited the engine and attempted to extinguish a fast moving grass fire with out his required wildland pack. Having to correct this action put a delay in the fire fight and moved him to the back up position. FF Gildersleeve manuvered the hose and placed it into free burning areas of the fire causing two seperate pieces of hose to burst thus delaying fire attack.

**CORRECTIVE ACTIONS:**

FF Gildersleeve needs to follow simple directions and be more aware of his surroundings during fire attack situations. FF Gildersleeve needs to dressed properly for all emegencies as to not delay actions taken by the engine company.

B. Budd/
COMPANY OFFICER

W. Gildersleeve/
PROBATIONARY FIREFIGHTER

BATTALION CHIEF/ADMINISTRATIVE SUPERVISOR

White Copy- To Division of Training        Yellow Copy- To Employee        Pink Copy- Remains in Packet

TD-7



## SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME W. Gildersleeve          CLASS # 19-2          DATE(S) June 17 2020

COMPANY ASSIGNMENT E4          SHIFT A

| **Instructions to Company Officer/Administrative Supervisor** |
|---|
| 1. Complete the narrative section at the end of each shift/rotation<br>2. Comments should support any rating marks on the TD-5 |

**FAVORABLE COMMENTS:**

FF Gildersleeve arrives ready to work with a positive attittude. He is learning how to perform at a higher level in and out side the fire house. E4 responded to a abnormal grass fire within the highway clover leaf . He followed directions well  and asked many questions after the fire was contained. It was his first day cooking at E4 and he was able to balance his time between station duties.   He was able to train on individual skills and on target solutions.

**UN-FAVORABLE COMMENTS:**

While exciting the engine for the grass fire , FF Gildersleeve did not have his wildland pack w / shelter on He was instructed to go back to the engine and don his PPE correctly. This action caused a delay in fire attack on a fast moving grass fire.

B.Budd /
COMPANY OFFICER

W. Gildersleeve/
PROBATIONARY FIREFIGHTER

White Copy- To Division of Training          Yellow Copy- To Employee          Pink Copy- Remains in Packet

TD-6



# SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME Waris Gildersleeve          CLASS # 19-2          DATE(S) 6/11-6/12

COMPANY ASSIGNMENT M15          SHIFT A

### Instructions to Company Officer/Administrative Supervisor

1. Complete the narrative section at the end of each shift/rotation
2. Comments should support any rating given on the TD-5

**FAVORABLE COMMENTS:**

Waris had his first rotation at M15. He is very professional and courteous. He is obviously green and is going to need extra direction and training to get him up to a sufficient rating. We did some hose pulls and ladder evolutions and they were sub par at best. He definitely needs repetition to build his confidence and to feel more comfortable performing the evolutions. At this point I think he will progress with time

**UNFAVORABLE COMMENTS:**

Steven Icenbice
COMPANY OFFICER                                    PROBATIONARY FIREFIGHTER

Original - to Division of Training          Copy- remains in packet

TD-6

# SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME W. Gildersleeve          CLASS # 19-2          DATE(S) June 7, 2020

COMPANY ASSIGNMENT E4          SHIFT A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating marks on the TD-5 |

**FAVORABLE COMMENTS:**

FF Gildersleeve stayed busy during the day and was professional on calls for service. E4 was assigned to civil unrest task force and staged at the SSC for 7 hours. Chores were completed in a timely manner and he completed independant study.

**UN-FAVORABLE COMMENTS:**

None

B. Budd/ _____
COMPANY OFFICER

W. Gildersleeve/ _____
PROBATIONARY FIREFIGHTER

White Copy- To Division of Training     Yellow Copy- To Employee     Pink Copy- Remains in Packet

TD-6



# ꜱACRAMENTO FIRE DEPARₜ_ENT

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME ___W. Gildersleeve___          CLASS # _19-2_          DATE(S) _June 6,2020_

COMPANY ASSIGNMENT _E4_          SHIFT _A_

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating marks on the TD-5 |

### FAVORABLE COMMENTS:

This was FF Gildersleeve first shift on E4. His attittude remains positive and is eager to learn. His time here on M4 eased his transition to the engine and was able to adjust smoothly. He completed PPE doning drill followed by SCBA. FF Gildersleeve performed many reps with slight improvement. FF Gildersleeve had many reps wrapping the hydrant while using voice commands. He was assigned to do a presentation on the hand held portable radio to include all the features and specifications.

### UN-FAVORABLE COMMENTS:

FF Gildersleeve needs to be at a higher level of skill when it comes to basic PPE applications and doning his SCBA. FF Gildersleeve needs to refrain from story telling amongst the crew and focus on his job description and training issues. His radio presentation was ill prepared and had to be prompted on basic use of the radio. There are many websites that could have been accessed to help in preperation for his lecture.

B. Budd _____          W. Gildersleeve/ _____
COMPANY OFFICER                        PROBATIONARY FIREFIGHTER

White Copy- To Division of Training     Yellow Copy- To Employee     Pink Copy- Remains in Packet

TD-6



### SACRAMENTO FIRE DEPARTMENT
### DIVISION OF TRAINING

### PROBATIONARY FIREFIGHTER
### PERFORMANCE AND CONDUCT RATING

**NAME** Waris Gildersleeve     **CLASS #** 19-2     **MONTH** July

**COMPANY ASSIGNMENT** E4/M15     **SHIFT** A

**Rating Codes**: **S**- satisfactory, **I**- improvement needed, **U**- unsatisfactory

| - PERFORMANCE MARKS - | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 5 | 6 | 11 | 12 | 17 | 18 | 23 | 24 | 29 | 30 | | | |
| Adaptability | I | I | I | I | I | I | I | I | I | I | | | |
| Dependability/Reliability | I | I | I | I | I | I | I | I | I | I | | | |
| Performance-Emergency | I | I | I | I | I | I | I | I | I | I | | | |
| Performance-Training | I | I | I | I | I | I | S | S | I | I | | | |
| Quality of Work | I | I | I | S | S | I | S | S | I | I | | | |
| Technical Skills | I | I | I | I | I | I | I | I | I | I | | | |
| -CONDUCT MARKS - | | | | | | | | | | | | | |
| Adaptability | I | I | I | I | I | I | I | I | I | I | | | |
| Attitude/Enthusiasm | S | S | S | S | S | S | S | S | S | S | | | |
| Core Values | I | I | S | S | S | S | S | I | I | | | | |
| Influence on others | I | I | I | I | I | I | I | I | I | | | | |
| Initiative | I | I | I | I | I | I | I | I | I | I | | | |
| Participation/Cooperation | S | S | S | S | S | S | S | S | S | S | | | |
| Physical Fitness | I | I | I | I | I | I | I | I | I | I | | | |
| Professionalism | S | S | S | S | S | S | S | S | S | S | | | |
| Reliability | I | I | I | I | S | I | I | I | I | I | | | |

COMPANY OFFICER _____ SO _____     DID-22 4069     DATE 7/5/20

PROBATIONARY FF _____     DID-22 7021     DATE 7/5/20

BATTALION CHIEF _____     DID-22 5758     DATE 9/6/20

**Original- To Division of Training     Copy- Remains in Packet     TD-5**

# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME Waris Gildersleeve              CLASS # 19-2              DATE(S) 7/29-7/30

COMPANY ASSIGNMENT M15              SHIFT A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

Waris continues to get punished on the medic, making it difficult to assess him. He is always courteous and professional. He has an exceptional attitude. He needs to continue to study EMS and become proficient in his skills because they are lacking skill or confidence. *SI*

**UNFAVORABLE COMMENTS:**

It was reported from another engine company that during a critical incident, Waris did not perform at a high level. He described his actions as "confused and appeared like he wasn't sure what to do. *SI*

Steven Icenbice    *SO*
COMPANY OFFICER                                        PROBATIONARY FIREFIGHTER

**Original - to Division of Training        Copy- remains in packet**

TD-6

# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME W.Gildersleeve          CLASS # 19-2          DATE(S) 07/23/20

COMPANY ASSIGNMENT E4          SHIFT A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

FF Gildersleeve attempts to take initiative on work that needs to be completd in and around the fire house. He asks questions when needed and takes time for independent study. He did a presentation on knots that he needed to work on from his four month test. He was up to standard and showed confidence. E4 had a fence fire in the rear of a structure. He performed ok but only after correction from the back up fire fighter.

**UNFAVORABLE COMMENTS:**

En route to a grass fire the call got balanced to a commercial structure. Upon arrival FF Gildersleeve had a good view of a large fence/shed fire up against a commercial building. FF Gildersleeve did not adjust to the change in tactics and attempted to pull booster line instead of a tank line. He was directed to pull a tank line and recovered

B.Budd/
COMPANY OFFICER

W.Gildersleeve/
PROBATIONARY FIREFIGHTER

**Original - to Division of Training      Copy- remains in packet**

TD-6

# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME W. Gildersleeve      CLASS # 19-2      DATE(S) 7-24-20

COMPANY ASSIGNMENT E4      SHIFT A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

FF Gildersleeve continued to stay busy with self study and completing chores. He is professional on calls and continues to have a humble attitude. Today E4 worked on throwing the 24'ladder while implementing how to climb, clear a window and make entry into a room. FF Gildersleeve completed his demonstration on the fire fighter down doffing drill and performed to standard. This was FF Gildersleeves last shift on E4 for probation . E4 has enjoyed having him here *(BB)*

**UNFAVORABLE COMMENTS:**

FF Gildersleeve needs to continue working on his cardio to be able to work continuosly on the fire ground. He needs to show more confidence when performing basic skills. His first four months have been a learning experience in all aspects of the FF life. He is aware of our expectations and needs to have major improvement during his next 4 months *(BB)*

B. Budd/ _(signature)_
COMPANY OFFICER

W. Gildersleeve/ _(signature)_
PROBATIONARY FIREFIGHTER

**Original - to Division of Training**      **Copy- remains in packet**

TD-6



# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** Waris Gildersleeve        **CLASS #** 19-2        **DATE(S)** 7/18/20

**COMPANY ASSIGNMENT** M15        **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

On the Couple of EMS calls we ran with Waris, he was engaged and eager to work. He still has a lot to learn when it comes to EMS but has a good attitude and wants to get better. Waris utilized the limited amount of time he was at the firehouse performing necessary station duties and studying department policies and procedures as layed out in his probationary task book. Due to a minor issue Waris's partner had, Waris was able to learn a valuable lesson about the importance of taking care of his tools and equipment.

**UNFAVORABLE COMMENTS:**

As stated above, Waris still has a long way to go in the EMS field. Waris could benefit from being a little more proactive in gaining the skills, and knowledge needed to be successful, rather than waiting for it to come to him.

Brandon McGuffin
**COMPANY OFFICER**

**PROBATIONARY FIREFIGHTER**

**Original - to Division of Training**        **Copy- remains in packet**

TD-6



# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** Waris Gildersleeve          **CLASS #** 19-2          **DATE(S)** 7/17

**COMPANY ASSIGNMENT** M15          **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

Waris has a good attitude and wants to please the people he works with. We had the ability to run 3 calls with waris. He performed well on emergency calls. He spent time in the station studying materials and learning on his own! Keep working hard

**UNFAVORABLE COMMENTS:**

Mayer
COMPANY OFFICER

PROBATIONARY FIREFIGHTER

**Original - to Division of Training          Copy- remains in packet**

TD-6



# SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** W. Gildersleeve          **CLASS #** 19-2          **DATE(S)** 07-12-2020

**COMPANY ASSIGNMENT** E4          **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
| --- |
| 1. Complete the narrative section at the end of each shift/rotation<br>2. Comments should support any rating marks on the TD-5 |

**FAVORABLE COMMENTS:**

Day 2 FF Gildersleeve was first to rise and complete morning duties. E4 as a crew did a full ppe with SCBA on air tower climb to gain confidence on air consumption and working till out of air. Waris was able to build on his last training session and get 22-23 min of steady work with out running out of air. E4 had station inspection in which Waris took initiative and performed well cleaning the station and undersanding how and why we have station inspection. He seemed to be more positive and receptive to the coaching and advice this rotation from the crew.

**UN-FAVORABLE COMMENTS:**

None

B.Budd /
COMPANY OFFICER

W. Gildersleeve/
PROBATIONARY FIREFIGHTER

White Copy- To Division of Training          Yellow Copy- To Employee          Pink Copy- Remains in Packet

TD-6

# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** W. Gildersleeve          **CLASS #** 19-2          **DATE(S)** 07-11-2020

**COMPANY ASSIGNMENT** E4          **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation<br>2. Comments should support any rating marks on the TD-5 |

**FAVORABLE COMMENTS:**

FF Gildersleeve participated in his 4 month test at the brick yard start Day 1.Waris was able to complete all the scenarios. Upon returning to the fire house, Waris got back to work completing station duties and ensuring the engine was stocked and ready for service. He completed prepping dinner and used his time to study

**UN-FAVORABLE COMMENTS:**

FF Gildersleeves performance at the 4 month test showed his lack of physical fitness. Under pressure Waris forgets simple commands and is unsure of the tasks asked of him. In trainings he as shown he is able to perform to standard but during testing scenarios he is sub par. FF Gildersleeve and I had a coaching session about his performance or lack there of and what needs to be improved on during his next 4 months. I contacted the fitness coach who will be setting up a conditioning program for FF Gildersleeve.

B. Budd/
COMPANY OFFICER

W. Gildersleeve/
PROBATIONARY FIREFIGHTER

White Copy- To Division of Training      Yellow Copy- To Employee      Pink Copy- Remains in Packet

TD-6

# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME Waris Gildersleeve          CLASS # 19-2          DATE(S) 7/5-7/6

COMPANY ASSIGNMENT M15          SHIFT A

| Instructions to Company Officer/Administrative Supervisor |
| --- |
| 1. Complete the narrative section at the end of each shift/rotation<br>2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

Waris is progressing slowly. Consistency and repetitive training is what is going to help him gain confidence. He can barely perform simple evolutions at a minimum level. He has the right attitude, he just seems to still be a little confused. The simplest skills still trouble him but with the little bit of time we have had to work with him , he shows a slight improvement. He cannot stop training or he could easily fall behind. His EMS skills are still very basic and he needs a lot of improvement as well. He is having trouble multi tasking. He jumps right in **and** goes to work but he also shows signs of confusion on EMS calls. Time and repetition should also help but he seems to be behind as of right now.

**UNFAVORABLE COMMENTS:**

Don't stand around and watch other people work. During his 4 month prep he had to be reminded several times to engage. His physical fitness and fire ground pace need a lot of improvement.

Steven Icenbice
COMPANY OFFICER                              PROBATIONARY FIREFIGHTER

**Original - to Division of Training          Copy- remains in packet**

TD-6

# Sacramento Fire Department



## Notice of Correction

**Employee:** Gildersleeve

**Supervisors:** Budd

**NOC Period:** Captains discretion

### Purpose of the NOC:

To ensure improvement of the deficient skill(s) demonstrated by the Probationary Firefighter while performing the 19-2 4 Month Evaluation.

### Manipulative Performance Standard:

Probationary Firefighter Gildersleeve failed to successfully complete the following evolution:

1. Knots

Based on the Sacramento Fire Department Academy standard, this evolution was failed for the following reason: Failed to tie Bowline

Reference:



Basic Knot Timed
Evaluation.pdf

### Fulfillment of the NOC:

The following steps must be successfully completed:

- Train on basic knots during his suppression assignment with assigned Captain and crew.
- Complete a visual presentation to his suppression company members demonstrating the correct techniques taught in Sacramento Fire department. This presentation must identify their deficiencies as well as the resolution(s).

When the above steps have been successfully completed, the Probationary Firefighter and Captain will sign and date the form below and return to the Division of Training.

**Signatures:** I have read thoroughly the above Notice of Correction and understand its contents. I further understand that failure to comply with any or all of the requirements set forth in this Notice of Correction may result in the matter being referred to Human Resources for further actions, up to and including termination.

Employee Signature: _____ Date 7/25/2020

Captain Signature _____ Date July 24, 2020



# SACRAMENTO FIRE DEPARTMENT
## DIVISION OF TRAINING

### PROBATIONARY FIREFIGHTER
### PERFORMANCE AND CONDUCT RATING

**NAME** Waris Gildersleeve          **CLASS #** 19-2          **MONTH** August

**COMPANY ASSIGNMENT** E15          **SHIFT** A

**Rating Codes**: **S**- satisfactory, **I**- improvement needed, **U**- unsatisfactory

| - PERFORMANCE MARKS - | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DATE** | 4 | 5 | 10 | 11 | 16 | 17 | 22 | 23 | 28 | 29 | | | |
| Adaptability | I | I | S | S | I | I | I | I | I | I | | | |
| Dependability/Reliability | I | I | S | S | I | I | I | I | I | I | | | |
| Performance-Emergency | I | I | S | S | I | I | I | I | I | I | | | |
| Performance-Training | I | I | S | S | I | I | I | I | I | I | | | |
| Quality of Work | I | I | S | S | I | I | I | I | I | I | | | |
| Technical Skills | I | I | S | S | I | I | I | I | I | I | | | |
| **-CONDUCT MARKS -** | | | | | | | | | | | | | |
| Adaptability | I | I | S | S | I | I | I | I | I | I | | | |
| Attitude/Enthusiasm | S | S | S | S | S | S | S | S | S | S | | | |
| Core Values | I | I | S | S | I | I | I | I | I | I | | | |
| Influence on others | I | I | S | S | I | I | I | I | I | I | | | |
| Initiative | S | S | S | S | S | S | S | S | S | S | | | |
| Participation/Cooperation | S | S | S | S | S | S | S | S | S | S | | | |
| Physical Fitness | I | I | S | S | I | I | I | I | S | I | | | |
| Professionalism | S | S | S | S | S | S | S | S | S | S | | | |
| Reliability | I | I | S | S | I | I | I | I | I | I | | | |

COMPANY OFFICER _____ DID-22 4067   DATE 8/28/20

PROBATIONARY FF _____ DID-22 4024   DATE 9/3/20

BATTALION CHIEF _____ DID-22 4722   DATE 9-3-20

BCI    B SL.FL

**Original- To Division of Training          Copy- Remains in Packet          TD-5**

# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** Waris Gildersleeve          **CLASS #** 19-2          **DATE(S)** 8/28-8/29

**COMPANY ASSIGNMENT** E15          **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation<br>2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

We had a busy day 1 and Waris had multiple EMS calls that required everyone. He jumped right in and knew his role and performed it well. He still needs work on his assessments but we will continue to clean those up. We had an opportunity to talk about hose and there multiple uses. He performed at a basic level on most but struggled on the 3". He could not provide the all of the uses for 3" when asked, however he was able to find the information and present the proper uses. Day 2 he had a high rise probie drill in the morning and we had a big water drill after lunch. He struggled a lot with the portable monitor and had to be walked through the operation. He was unaware of where the monitor was kept. Again the importance of equipment knowledge was discussed. We discussed multiple operations and he was able to work through some complicated scenarios and struggled again on some because of his lack of knowledge on the equipment. SI

**UNFAVORABLE COMMENTS:**

He still struggles with the equipment on the Engine and does not always no how they work or operate each item. We have discussed the importance of knowing the equipment multiple times. It seems he lets his confidence get over ran by his nerves. The more he studies the equipment and becomes proficient with there use and operation, his confidence will increase. SI

Steven Icenbice SI
**COMPANY OFFICER**

**PROBATIONARY FIREFIGHTER**

**Original - to Division of Training          Copy- remains in packet**

TD-6

# SACRAMENTO FIRE DEPARTMENT

## Training Division
## Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME Waris Gildersleeve          CLASS # 19-2          DATE(S) 8/23-8/24

COMPANY ASSIGNMENT M15          SHIFT A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

Waris had another busy rotation on the medic. He continues to get by but needs to improve his abilities to assist his medic partner. He needs to assume the roll of assisting the medic and anticipate his needs without hesitation.

**UNFAVORABLE COMMENTS:**

There is absolutely no excuse for not knowing every square inch of the medic. When he was asked to get a 100 ml bag, he was hesitant and said he could not find one. It was in the cabinet with the other bags and the Medic had to retrieve it for use.

Steven Icenbice
COMPANY OFFICER                                        PROBATIONARY FIREFIGHTER

Original - to Division of Training          Copy- remains in packet

TD-6

# SACRAMENTO FIRE DEPARTMENT

## Training Division
## Probationary Firefighter Evaluation Program

### DAILY PERFORMANCE NARRATIVE RECORD

NAME Waris Gildersleeve                CLASS # 19-2         DATE(S) 8/16-8/17

COMPANY ASSIGNMENT E15                 SHIFT A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

Waris has been working on his confidence and his professional skills. He will be spending more time in the books to widen his spectrum of the craft that he is learning. He is learning to make a decision and stick with it. We trained on numerous 3" pulls and Sac pack evolutions. He is slow in his movements and will work on picking up the pace a half step at a time. He is able to perform the task but needs several more pulls to grasp the different types and methods for this evolution. We went over exposure protection and different methods to apply them. While on a fire attack methods and how we would perform that operation on a third floor commercial office building. He was unable to formulate a plan by himself and was not able to make a decision on the hose type. Again his confidence in his own decisions got in his way and clouded his judgment. This is a problem we have identified and will continue to work with him on to improve.

**UNFAVORABLE COMMENTS:**

Steven Icenbice
COMPANY OFFICER                              PROBATIONARY FIREFIGHTER

**Original - to Division of Training          Copy- remains in packet**

TD-6



# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME Waris Gildersleeve

CLASS # 19-2

DATE(S) 8/11

COMPANY ASSIGNMENT M15

SHIFT A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

FF Gildersleeve is on the medic and has not been in the house much. The few calls we ran with M15 he performed well and seems to be able to find a place to plug himself in on a medical aid. He appears to have a good attitude and keeps busy around the house when he is afforded the opportunity to be here.

**UNFAVORABLE COMMENTS:**

None

Captain Dittrich
COMPANY OFFICER

FF Gildersleeve
PROBATIONARY FIREFIGHTER

Original - to Division of Training      Copy- remains in packet

TD-6

# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** Waris Gildersleeve        **CLASS #** 19-2        **DATE(S)** 8/4-8/5

**COMPANY ASSIGNMENT** E15        **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

Waris had his first shift on E15. We started with an overview and discussion of the equipment assigned to station 15. He did OK on the Engine but failed miserably on the Patrol. He has been here on the medic and should have a better working of the equipment in each house. We transitioned into some basic wild land firefighting skills in which he performed as expected. Waris was introduced to some critical thinking skills for firefighter awareness and safety. He realized his shortcomings during the critique. It is imperative that we continue his self awareness and preservation. He failed to maintain self discipline during the drill and made several mistakes that could ultimately get him hurt or severely injured. Day 2 we did several tank line and 2.5 inch drills. He has a basic knowledge but we will change the drills in coming weeks to see how he performs pulls that aren't straight forward. We have several more hours of encouragement and training to get him up to a satisfactory level.

**UNFAVORABLE COMMENTS:**

Always know the equipment in your fire station regardless of whether or not you work on that equipment. There is no excuse for laziness. He is already on a PIP for physical fitness but he needs a lot more endurance and stamina to be able to survive the rigors of the job.

Steven Icenbice
COMPANY OFFICER

PROBATIONARY FIREFIGHTER

**Original - to Division of Training        Copy- remains in packet**

TD-6



# SACRAMENTO FIRE DEPARTMENT
## DIVISION OF TRAINING

## PROBATIONARY FIREFIGHTER
## PERFORMANCE AND CONDUCT RATING

**NAME** Maris Gildersleeve          **CLASS #** 19-2          **MONTH** Sept

**COMPANY ASSIGNMENT** E15          **SHIFT** A

**Rating Codes: S-** satisfactory, **I-** improvement needed, **U-** unsatisfactory

| - PERFORMANCE MARKS - | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DATE** | 3 | 4 | 9 | 10 | 15 | 16 | 21 | 22 | 27 | 28 | | | |
| Adaptability | I | I | I | I | I | I | I | I | I | I | | | |
| Dependability/Reliability | I | I | I | I | I | I | I | I | I | I | | | |
| Performance-Emergency | S | S | I | I | I | I | I | I | I | I | | | |
| Performance-Training | S | S | I | I | S | S | I | I | S | S | | | |
| Quality of Work | I | I | I | I | I | I | U | U | / | / | | | |
| Technical Skills | I | I | I | I | I | I | U | U | I | I | | | |
| **-CONDUCT MARKS -** | | | | | | | | | | | | | |
| Adaptability | I | I | I | I | I | I | I | I | I | I | | | |
| Attitude/Enthusiasm | S | S | S | S | S | S | S | S | S | S | | | |
| Core Values | I | I | I | I | I | I | I | I | I | I | | | |
| Influence on others | I | I | I | I | I | I | I | I | I | I | | | |
| Initiative | S | S | I | I | S | S | S | S | S | S | | | |
| Participation/Cooperation | S | S | S | S | S | S | S | S | S | S | | | |
| Physical Fitness | I | I | I | I | I | I | I | I | I | I | | | |
| Professionalism | S | S | S | S | S | S | S | S | S | S | | | |
| Reliability | I | I | I | I | S | S | I | I | I | I | | | |

COMPANY OFFICER _(signature)_          DID-22 4007          DATE 9/27/20

PROBATIONARY FF _(signature)_          DID-22 4021          DATE 9-3-20

BATTALION CHIEF _(signature)_          DID-22 5842          DATE 9/27/30

**Original- To Division of Training**          **Copy- Remains in Packet**          TD-5

# S.   RAMENTO FIRE DEPARTM__NT

## Training Division
## Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME Waris Gildersleeve          CLASS # 19-2          DATE(S) 9/27-9/28

COMPANY ASSIGNMENT M15          SHIFT A

### Instructions to Company Officer/Administrative Supervisor

1. Complete the narrative section at the end of each shift/rotation
2. Comments should  support any rating given on the TD-5

**FAVORABLE COMMENTS:**

Waris is performing his duties on the medic. He remains courteous and professional. We discussed the poor performance he had at station 6 last rotation. I gave him some perspective on the possible outcomes for his lack of knowledge concerning the equipment used in the fire service. He tried to study while on the medic. However, both units had several calls and we were unable to assist him.

**UNFAVORABLE COMMENTS:**

Steven Icenbice
COMPANY OFFICER                                    PROBATIONARY FIREFIGHTER

Original - to Division of Training          Copy- remains in packet

TD-6

# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME <u>Waris Gildersleeve</u>          CLASS # <u>19-2</u>          DATE(S) <u>9/21-22</u>

COMPANY ASSIGNMENT <u>E6</u>          SHIFT <u>A</u>

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

FF Gildersleeve came to work as usual with a very enthusiastic and positive attitude. He consistently shows a desire to learn. He asks questions often and appears to want to improve his knowledge and skills. We had a busy rotation between calls and training. He went to an extrication drill day 1 for the morning, he reported it went well. We pulled many tankline pulls at the station and in our 1st in district. He works hard and always wants to keep trying and get more reps. He was notably better at just admitting when he did not know something rather then try and make up an answer. He showed improvement throughout the rotation on a few of the hose stretches. We had a grass fire where he met up with another crew to assist with hose, he did fine as reported by that captain.

**UNFAVORABLE COMMENTS:**

See TD7.

Brust

COMPANY OFFICER                    PROBATIONARY FIREFIGHTER

**Original - to Division of Training          Copy- remains in packet**

TD-6



# SACRAMENTO FIRE DEPARTMENT

## Training Division
### Probationary Firefighter Evaluation Program

## PROBATIONARY COUNSELING NOTICE

NAME __FF Waris Gildersleeve__     CLASS # __19-2__     DATE __9/21-22__

COMPANY ASSIGNMENT __E6__     SHIFT __A__

### Instructions to Company Officer/Administrative Supervisor

1. Complete the narrative section for any rating of U (Unsatisfactory)
2. Complete the narrative section for any acts requiring counseling by the company officer or administrate supervisor
3. Comments should support any rating marks or narrative entries on the TD5 and TD6
4. Battalion Chiefs or administrative supervisors should be notified when counseling notice is completed

**COMMENTS:**

FF Gildersleeve was advised last rotation that he would be expected to know the Engine inventory and quizzed on this. When asked some basic questions, he did not show acceptable knowledge of tools and equipment. He is over 6 months online, and looking back at previous TD-6's, this appears to be an ongoing issue that he has been made aware of. During his SCBA presentation to Station 6, it was apparent that he was also not as knowledgeable on this piece of equipment as he needs to be. Although he showed some improvement on his 150' tankline pulls, they are still consistently too slow and inefficient. His fire ground pace did improve.

**CORRECTIVE ACTIONS:**

FF Gildersleeve needs to study his notes, Engine manual, and any other resource available to learn all the tools/equipment on the engine better. He should try and go over this as much as possible during his medic rotation as well. He also must research his SCBA and Radio more to understand all the necessary functions of those better. We will continue to work on basic tankline pulls next rotation, but we are hoping for marked improvement so that we can move past this and on to other hoses on the engine. At this point, we are stuck on the basic tankline.

Brust

COMPANY OFFICER _____     PROBATIONARY FIREFIGHTER _____

BATTALION CHIEF _____

**Original- to Division of Training**          **Copy- remains in packet**

TD-7

# SA~~AMENTO FIRE DEPARTME~T

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME Waris Gildersleeve          CLASS # 19-2          DATE(S) 9/16-9/17

COMPANY ASSIGNMENT M15          SHIFT A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

Waris was busy on the medic but we did find some time to get some ladder training done. He remains professional and has great attitude. He is improving on EMS calls and starting to have a presence on scene.

**UNFAVORABLE COMMENTS:**

Steven Icenbice
COMPANY OFFICER                                   PROBATIONARY FIREFIGHTER

Original - to Division of Training          Copy- remains in packet

TD-6

# SACRAMENTO FIRE DEPARTMENT

## Training Division
## Probationary Firefighter Evaluation Program

### DAILY PERFORMANCE NARRATIVE RECORD

**NAME** Waris Gildersleeve          **CLASS #** 19-2          **DATE(S)** 9/9-10

**COMPANY ASSIGNMENT** E6          **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

FF Gildersleeve was moved here early during Day 1 of this rotation. It was an unexpected move and he will be with E6 until his 8 month rotation. He seemed to adapt well with the abrupt move. He came in to the station and was enthusiastic, positive, and professional. He has an obvious passion for this new career. He appeared engaged and willing to put in the work. We did a multi-evolution drill at the station, he performed as expected for a 6 month, no glaring issues and his fitness seemed to be ok. This has been a known issue for him that he states he is actively working out to rectify. We did some other basic tank line pulls in our district. They went ok, we just need him to start thinking beyond basic straight academy pulls. We had a first in fire, his hose pull went ok he stated, he adjusted well to moving the line to the B side for FA. Inside, he did fine, just needs to realize that real fires need more water then the academy burns, open the nozzle!!

**UNFAVORABLE COMMENTS:**

FF Gildersleeve needs to realize that if he does not know the answer to a question, it is ok to admit that. He needs to work on not trying to make up an answer or try and throw out random ideas. Just admit you don't know and you will find out. We also went through a basic engine/tool inventory quiz, he needs to improve greatly. He should know the engine much better at this point in his probation and he was advised to study the Engine handbook and be prepared for next rotation.

Brust

**COMPANY OFFICER**

**PROBATIONARY FIREFIGHTER**

**Original - to Division of Training**          **Copy- remains in packet**

TD-6

# SACRAMENTO FIRE DEPARTMENT

## Training Division
## Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** Waris Gildersleeve          **CLASS #** 19-2          **DATE(S)** 9/3-9/4

**COMPANY ASSIGNMENT** M15          **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

Waris had a busy shift on the medic and I didn't get a lot of opportunity to witness his skills. He had a ride along with MQAO Van Such and he reported no problems and a positive review.

**UNFAVORABLE COMMENTS:**

Steven Icenbice
COMPANY OFFICER

PROBATIONARY FIREFIGHTER

Original - to Division of Training          Copy- remains in packet

TD-6



# SACRAMENTO FIRE DEPARTMENT
## DIVISION OF TRAINING

## PROBATIONARY FIREFIGHTER
## PERFORMANCE AND CONDUCT RATING

NAME _Waris Gildersleeve_          CLASS # _19-2_          MONTH _October_

COMPANY ASSIGNMENT _E6_          SHIFT _A_

**Rating Codes: S**- satisfactory, **I**- improvement needed, **U**- unsatisfactory

| - PERFORMANCE MARKS - | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 3 | 4 | 9 | 10 | 15 | 16 | 21 | 22 | 28 | 29 | | | |
| Adaptability | I | I | I | I | | | I | I | I | I | | | |
| Dependability/Reliability | I | I | I | I | | | I | F | I | I | | | |
| Performance-Emergency | I | I | S | S | | | S | S | I | I | | | |
| Performance-Training | I | I | I | I | | | I | I | S | S | | | |
| Quality of Work | I | I | I | I | | | I | I | I | I | | | |
| Technical Skills | I | I | I | I | | | I | I | I | I | | | |
| -CONDUCT MARKS - | | | | | | | | | | | | | |
| Adaptability | I | F | I | I | | | I | I | I | I | | | |
| Attitude/Enthusiasm | S | S | S | S | | | S | S | S | S | | | |
| Core Values | I | I | I | I | | | I | F | S | S | | | |
| Influence on others | I | I | F | I | | | I | I | S | S | | | |
| Initiative | I | I | I | I | | | I | I | I | I | | | |
| Participation/Cooperation | S | S | S | S | | | S | S | S | S | | | |
| Physical Fitness | I | I | F | I | | | I | I | I | I | | | |
| Professionalism | S | S | S | S | | | S | S | S | S | | | |
| Reliability | I | I | I | I | | | I | I | I | I | | | |

COMPANY OFFICER _[signature]_          DID-22 _5900_          DATE _10/29/20_

PROBATIONARY FF _[signature]_          DID-22 _4024_          DATE _10/2/20_

BATTALION CHIEF _[signature]_          DID-22 _4722_          DATE _11-2-20_

_BC 7 D Shift_

**Original- To Division of Training          Copy- Remains in Packet**          TD-5

# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** Waris Gildersleeve          **CLASS #** 19-2          **DATE(S)** 10/27-28

**COMPANY ASSIGNMENT** E6          **SHIFT** A

### Instructions to Company Officer/Administrative Supervisor

1. Complete the narrative section at the end of each shift/rotation
2. Comments should support any rating given on the TD-5

**FAVORABLE COMMENTS:**

FF Gildersleeve began the rotation with his 8 month PT assessment, where he stated he did well for his age standards. Once he came back to station, we did many different evolutions in preparation for his 8 month eval day 2. His force entry reps went pretty well, some minor corrections needed but finished satisfactorily. His tankline pulls went well also. He continues to have a great attitude and very positive. He and his partner performed well in all evolutions during his 8 month evaluation. Only minor comments and suggestions by the proctors. He worked hard at a good fire ground pace and did well. He showed up and did great overall. He struggled the first couple times with the 35' ladder during prep, we worked very hard the rest of the day and he did it great during the eval. This was encouraging to see as he applied the knowledge and skills practiced to his performance.

**UNFAVORABLE COMMENTS:**

Waris is still struggling to find his way during EMS calls. His partner talked to him during and after every call to help him figure out how he can be more useful during medical aids. The firefighters also quized him on his EMS equipment. During this he showed that his basic knowledge of equipment has improved, but he needs to continue to learn how all the equipment is used and how to set up for his paramedic partners. He needs to continue to work on his active listening and comprehending skills. Also, pay attention to the details. Day 1 we addressed him not having his MMR cup on his belt and that needs to be on there, he had to be reminded by the crew the next day because he had not corrected this.

Brust
_____
COMPANY OFFICER

_____
PROBATIONARY FIREFIGHTER

**Original - to Division of Training          Copy- remains in packet**

TD-6

# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME Waris Gildersleeve                    CLASS # 19-2              DATE(S) 10/22-23

COMPANY ASSIGNMENT M15                     SHIFT A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

Waris had a little down time and we were able to have him do several drills for preparation of his 8 month test. He has improved since the first time he pulled hose with us but still needs several reps and experience. He was pretty rusty on his ladder skills and commands though. He is eager to be involved on calls but still has trouble finding his way around a medical aid. However, there has been a slight improvement. He is always professional and keeps busy. He needs to continue to study every aspect of the job. There is no place for complacency and he easily falls behind if not prodded. Overall, he had a good rotation.

**UNFAVORABLE COMMENTS:**

Don't be lazy. You need to study every aspect of the job! There is no excuse for not knowing the ladder commands or movements one week from your test. Do better for yourself and your team.

Steven Icenbice

COMPANY OFFICER                                          PROBATIONARY FIREFIGHTER

**Original - to Division of Training          Copy- remains in packet**

TD-6

SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

DAILY PERFORMANCE NARRATIVE RECORD

NAME Waris Gildersleeve          CLASS # 19-2          DATE(S) 10/9-10

COMPANY ASSIGNMENT M15          SHIFT A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

Waris is always professional and courteous. We spent some time trying to improve his skill level on the equipment on the ambulance. I went over all of the airway items in detail with him and his partner went over several other items in the medic. Waris shows interest but lacks the knowledge that would make me think he is confident. We went over set up of each item step by step and what his partner should expect out of him while assisting. We discussed his role as it pertains to his skills as an EMT and how important it is to anticipate his partners needs. His role is not to watch the medic work and find things when asked. He is still struggling on calls trying to find his place during patient care. The work tends to happen around him. SI

**UNFAVORABLE COMMENTS:**

Waris has an extremely basic knowledge of the equipment in the ambulance and still struggles at times with set up and the needs of his partner. While going through the set up for intubation, he struggled with the items in the airway role, regardless of being primarily used by the medic. This is unacceptable approaching the eight month. In actuality, he should know everything within the medic within his first month. There are no excuses! SI

Steven Icenbice
COMPANY OFFICER                                   PROBATIONARY FIREFIGHTER

Original - to Division of Training          Copy- remains in packet

TD-6

SA´ AMENTO FIRE DEPARTME. ´

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME Waris Gildersleeve               CLASS # 19-2          DATE(S) 10/3-4

COMPANY ASSIGNMENT E6                 SHIFT A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

FF Gildersleeve continues to be very positive and professional while at work. Day 1 we pulled a lot of hose lines, mostly tanklines. We were able to progress to a few 200' pulls. We also touched on 2 1/2" hoslines as well. Overall, he has shown some improvement in his pulls and understanding of hose. He went to a 8 month prep probie drill day 2 which lasted into the afternoon. He stated that it went well, his partner and him nailed one evolution. But also stated the 24' and roof ladder evolution did not go well. He also re-did his SCBA and Radio presentations to the station after not performing especially well last rotation. He improved and now appears to have a much better understanding of this vital equipment. We did not have a chance to quiz him on all the engine, but did ask him several questions about equipment which he definitely showed better knowledge and understanding. We have been very active in training Waris, and he continues to be positive and asking for another rep.

**UNFAVORABLE COMMENTS:**

Although some overall improvement, his hose evolutions still need significant improvement. We will continue to train hard and hope to be able to move on to more advanced evolutions soon. After observing FF Gildersleeve on more medical calls, we have noticed that he quickly gets a BP but then has trouble knowing what needs to be done next or staying engaged. The crew also began asking him questions regarding EMS equipment, which FF Gildersleeve did not perform well. His lack of knowledge of EMS equipment is not acceptable at this point in his probation. He needs to study very hard before coming back, where he will be quizzed again on the EMS and ambulance. He needs to learn where he should fit in on calls and how to best assist the paramedics. He needs to be more observant on the calls and be able to know what needs to be get done depending on the complaint/call type.

Brust
COMPANY OFFICER                          PROBATIONARY FIREFIGHTER

Original - to Division of Training        Copy- remains in packet

TD-6



### ACRAMENTO FIRE DEPARTMENT
### DIVISION OF TRAINING

### PROBATIONARY FIREFIGHTER
### PERFORMANCE AND CONDUCT RATING

NAME _W. Gildersleeve_    CLASS # _19-2_    MONTH _Nov_

COMPANY ASSIGNMENT _M15/E6_    SHIFT _A_

**Rating Codes**: **S**- satisfactory, **I**- improvement needed, **U**- unsatisfactory

| - PERFORMANCE MARKS - | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 2 | 3 | 8 | 9 | 14 | 15 | 20 | 21 | 26 | 27 | | | |
| Adaptability | I | I | I | I | I I | | I | I | I | I | | | |
| Dependability/Reliability | I | I | U | U | I | I | I | I | I | I | | | |
| Performance-Emergency | I | I | I | I | I | I | S | I | I | I | | | |
| Performance-Training | I | I | U | U | I | I | U | I | I | I | | | |
| Quality of Work | I | I | U | U | I | I | I | I | I | I | | | |
| Technical Skills | I | I | I | I | I | I | U | I | I | I | | | |
| -CONDUCT MARKS - | | | | | | | | | | | | | |
| Adaptability | I | I | I | I | I | I | I | I | I | I | | | |
| Attitude/Enthusiasm | S | S | S | S | S | S | S | S | S | S | | | |
| Core Values | I | I | I | I | I | I | I | I | I | I | | | |
| Influence on others | I | I | I | I | I | I | I | I | I | I | | | |
| Initiative | I | I | I | I | I | I | I | I | I | I | | | |
| Participation/Cooperation | S | S | I | I | S | S | S | S | S | S | | | |
| Physical Fitness | I | I | I | I | I | I | S | I | I | I | | | |
| Professionalism | S | S | S | S | S | S | S | S | S | S | | | |
| Reliability | I | I | I | I | I | I | I | I | I | I | | | |

COMPANY OFFICER _SC_    DID-22 _4000_    DATE _11/20/20_

PROBATIONARY FF    DID-22 _4021_    DATE _11/2/20_

BATTALION CHIEF    DID-22 _5755_    DATE _12/12/20_

**Original- To Division of Training**    **Copy- Remains in Packet**    TD-5

# SACRAMENTO FIRE DEPARTMENT

## Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME Waris Gildersleeve          CLASS # 19-2          DATE(S) 11/26-27

COMPANY ASSIGNMENT M15          SHIFT A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

Waris continues to work on his EMS skills. He still struggles with knowing the correct action and has to be frequently pointed in the right direction. He still continues to have a good attitude and professional demeanor on scene.

**UNFAVORABLE COMMENTS:**

Steven Icenbice
COMPANY OFFICER                                    PROBATIONARY FIREFIGHTER

Original - to Division of Training          Copy- remains in packet

TD-6




# SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## PROBATIONARY COUNSELING NOTICE

**NAME** Waris Gildersleeve          **CLASS #** 19-2          **DATE** 11/20/20

**COMPANY ASSIGNMENT** E6          **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section for any rating of U (Unsatisfactory) |
| 2. Complete the narrative section for any acts requiring counseling by the company officer or administrate supervisor |
| 3. Comments should  support any rating marks or narrative entries on the TD5 and TD6 |
| 4. Battalion Chiefs or administrative supervisors should be notified when counseling notice is completed |

**COMMENTS:**

FF Gildersleeve's ability to pull basic hose lines during training are below standard. Please see the TD-6 narrative for specifics.  His ability to pull hose is more inline with a firefighter with only 1 - 2 months of time on an engine, however he has had 8 months on an engine and is about to move to a truck.  He is not proficient with engine operations at this time.

**CORRECTIVE ACTIONS:**

FF Gildersleeve needs more time on an engine.  He needs a lot of reps in real world scenarios.

D. Fike
COMPANY OFFICER

W. Gildersleeve
PROBATIONARY FIREFIGHTER

BATTALION CHIEF

**Original- to Division of Training**          **Copy- remains in packet**

TD-7

# SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME Waris Gildersleeve          CLASS # 19-2          DATE(S) 11/21

COMPANY ASSIGNMENT E6          SHIFT A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

FF Gildersleeve continues to have a positive attitude, despite having some trouble with performance while on his suppression assignment. He had a Probie drill all morning on LAR, which he states he learned a lot and was good. We immediately left for a Battalion drill when he returned, where he performed ok during the hose evolutions. He is trying to get more aggressive on medical aid calls for assessments, which he is trying to get better and more consistent at.

**UNFAVORABLE COMMENTS:**

During our drill, Waris did ok on some of the hose evolutions. On one SAC pack evolution, he did ask for water while the bundle was still in the accordian bundle. I had to stop him and ask him if he really wants water at that point. He then realized that would not work out and flaked out the hose. The proctors of the drill then told him that he was almost out of air, and figure out what to do. During this, he was unsure of how to fix his problem. His partner told him to use his EBSS. While trying to connect with his partner, FF Gildersleeve was unsure how to hook up together using EBSS. This is not acceptable at this point. This is his most important piece of equipment in his career. He has given at least 3 SCBA presentations while on probation. He needs to be able to know how to use it and how to troubleshoot problems with it.

Brust _____          _____
COMPANY OFFICER          PROBATIONARY FIREFIGHTER

**Original - to Division of Training          Copy- remains in packet**

TD-6



# SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** Waris Gildersleeve          **CLASS #** 19-2          **DATE(S)** 11/20/20

**COMPANY ASSIGNMENT** E6          **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
| --- |
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

See attached

_____

_____

_____

_____

_____

_____

_____

_____

_____

**UNFAVORABLE COMMENTS:**

See Attached

_____

_____

_____

_____

_____

_____

_____

_____

_____

D. Fike
COMPANY OFFICER

W. Gildersleeve
PROBATIONARY FIREFIGHTER

**Original - to Division of Training**          **Copy- remains in packet**

TD-6

**TD-6 Narrative**
**Waris Gildersleeve**
**11/20/20**

FF Gildersleeve had EVOC training first thing today and did not return to the firehouse until 1300. He stated that the training went well. He stated that he picked up food on his way back because he didn't know if we had included him for lunch. This stop may have delayed his return to the firehouse. He was informed that any firehouse in the department will always include all members assigned for that day in all meals unless told otherwise.

After lunch we trained on tankline pulls. We started at a 2 story apartment complex with exterior stairs. The scenario was there was fire showing from a 2nd story apartment. His first evolution was below standard. He struggled to clear his bed. His flaking of the hose was very slow and there were moments where he would pause, apparently in thought, and then he would continue. His plan for how to get the hose to the second floor was to charge it on the floor level, then take it to the second floor without putting any of it on the landing, and pull the charged hoseline over the railing. After discussing the evolution along with other ways to do it that would be more efficient, we did it again. His second attempt was better but still below standard. He struggled to clear his bed again. This time the pigtail coupling caught on the engine, he saw it, but continued on with the hose pull. The flaking of the hose went better and he did exactly what we suggested, however his flaking of the hose once on the landing needed improvement. Once on the landing he stated that he was going to return to the engine to finish clearing his bed. We discussed this evolution with him, giving him options for how to flake his hose on the landing more efficiently, including nozzle coupling dragging up the stairwell. We discussed ways that he could have addressed the hose in the hosebed as soon as he saw it was stuck, and we discussed communicating to his crew that he needed help clearing the bed.

We changed locations to a residential fire from a couple sets ago. We had Waris pull tanklines to the front door. He continued to struggle with clearing the bed. In all three instances of this, to this point, it seemed as though the friction was almost too much for him to overcome. The only obstacle he had was a fence post he had to come around before he had a straight line to the door. His hose was pulled tight around that post, and then he dropped the bundle 25 feet from the front door and then backstretched the hose to flake it out. I was told that he has been repeatedly told to use the nozzle coupling drag method for flaking the bundle. He was then asked to act as the backup firefighter to finish flaking the rest of the hose that was pulled tight around the post. He spent a lot of time trying to get the hose inline with the stretch, stating that he wanted to make sure he didn't have hose over hose, however the easiest and most appropriate method would have been to grab a coupling and simply bring it up near the nozzle. His next evolution went better. He was asked to shoulder the bundle and take 2 big steps away from the engine before he came back to grab his big loop to then start clearing the bed. This was clearly helpful to him because he was able to clear the bed this time with minimal difficulty. He performed the nozzle coupling drag and then was able to flake the rest of his hose more efficiently.

Waris never appeared exhausted during these evolutions and he worked out with the crew afterward, demonstrating at least minimum fitness standards.

Waris is polite, courteous, and has a professional demeanor, however, his technical ability as a firefighter is below standard and needs improvement. His abilities seem more appropriate for someone with only one to two months of time on an engine instead of the 8 months that he actually has. This is his last rotation on an engine while on probation. His next suppression assignment will be on a truck. He is not proficient with engine operations at this time nor does it seem that he will become proficient with this before the scheduled end of his probation.

D. Fike (OT Captain for the day)

# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** Waris Gildersleeve          **CLASS #** 19-2          **DATE(S)** 11/14-15

**COMPANY ASSIGNMENT** M15          **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

Waris had his final MQAO and the MQAO said he passed. Unfortunately, I did not get to evaluate him due to call volume.  *SI*

**UNFAVORABLE COMMENTS:**

Steven Icenbice          *SI*
COMPANY OFFICER                                        PROBATIONARY FIREFIGHTER

**Original - to Division of Training          Copy- remains in packet**

TD-6

# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME Waris Gildersleeve                    CLASS # 19-2         DATE(S) 11/8-9

COMPANY ASSIGNMENT E6                    SHIFT A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

FF Gildersleeve continues to have a positive attitude and is professional at all times. We did a lot of training this rotation to try and catch up on some task book items, as we have fallen behind working on the very basics. He performed fine during several different hoseline evolutions, including 3" and SAC packs, 2 1/2", and tanklines. We also did a lot of water supply, which after extended explanations and talking first about the different options, he did fine on the evolutions.

**UNFAVORABLE COMMENTS:**

See TD-7's

Brust
COMPANY OFFICER                                    PROBATIONARY FIREFIGHTER

**Original - to Division of Training        Copy- remains in packet**

TD-6

# SAAMENTO FIRE DEPARTMET



### Training Division
### Probationary Firefighter Evaluation Program

## PROBATIONARY COUNSELING NOTICE

NAME __FF Gildersleeve__     CLASS # __19-2__     DATE __11/9__

COMPANY ASSIGNMENT __E6__     SHIFT __A__

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section for any rating of U (Unsatisfactory) |
| 2. Complete the narrative section for any acts requiring counseling by the company officer or administrate supervisor |
| 3. Comments should support any rating marks or narrative entries on the TD5 and TD6 |
| 4. Battalion Chiefs or administrative supervisors should be notified when counseling notice is completed |

**COMMENTS:**

FF Gildersleeve is struggling with attention to detail, active listening, and initiative. This has been apparent to the whole crew over the past 2 months. Day 1 I spoke with Gildersleeve about putting hose in the dryer and making sure it was re-loaded properly for shift change. Day 2, the hose was still out on rack, and I addressed it again. 5 hours later it was still not done until the Engineer reminded him again. He also had to be reminded to change out his SCBA bottle after training, and did not replace the empty in the engine once we returned to station. He is not taking initiative around the station pertaining to house chores and normal station duties for junior members.

**CORRECTIVE ACTIONS:**

FF Gildersleeve needs to pay attention to details and be more aware of these. It is not acceptable to continually be reminded about fixing, re-stocking, or reloading equipment. He needs to take advantage of down times and work hard for the station as well. He needs to listen to direction and instruction, making sure to follow through. If you are unclear on something, then make sure to ask. Do not wait for others to work first, he needs to take initiative.

Brust

COMPANY OFFICER

PROBATIONARY FIREFIGHTER

BATTALION CHIEF

**Original- to Division of Training**     **Copy- remains in packet**

TD-7



# SA  AMENTO FIRE DEPARTME  T

### Training Division
### Probationary Firefighter Evaluation Program

## PROBATIONARY COUNSELING NOTICE

NAME __FF Gildersleeve__          CLASS # __19-2__          DATE __11/9__

COMPANY ASSIGNMENT __E6__          SHIFT __A__

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section for any rating of U (Unsatisfactory) |
| 2. Complete the narrative section for any acts requiring counseling by the company officer or administrate supervisor |
| 3. Comments should support any rating marks or narrative entries on the TD5 and TD6 |
| 4. Battalion Chiefs or administrative supervisors should be notified when counseling notice is completed |

### COMMENTS:

E6 is in a reserve rig for rotation. In the late morning, he was asked where the RAM was located. Waris was unable to tell the crew exactly where it was located. We then asked about the stinger base, same answer. Later in the afternoon, he did not know where the water can was located while at a small car fire. Day 2, he was unable to answer questions regarding the LDH shorty's locations. During a WS evolution, it was clear he did not know what tools were in his hydrant bucket, as he ran to the engine to find the same appliance in the bucket. During his SAC pack presentation, he could not answer some simple questions nor did he have any idea how to convert into a coil.

### CORRECTIVE ACTIONS:

Waris continues to have an unacceptable knowledge and understanding of the tools and equipment on the engine. There is no excuse for not knowing these things at this point in his probation. He needs to work harder and study harder on and off duty. There are way too many topics and questions asked of him where he looks as if he has never heard of the topic. He needs to study the handbooks and make this a priority if he wants to succeed in this career.

Brust

COMPANY OFFICER

BATTALION CHIEF                                   PROBATIONARY FIREFIGHTER

**Original- to Division of Training**          **Copy- remains in packet**

TD-7

# S. RAMENTO FIRE DEPARTMENT

## Training Division
## Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** Waris Gildersleeve     **CLASS #** 19-2     **DATE(S)** 11-2/3

**COMPANY ASSIGNMENT** M15     **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation<br>2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

Waris has another busy day on the medic. He is feeling good about his 8 month but needs to recognize that he still has an uphill battle and shouldn't take success for granted. He needs to continue to push himself and increase his skill level and knowledge. His medic partner continues to work with him and help him make choices that can assist with patient care.

**UNFAVORABLE COMMENTS:**

Waris still struggles with anticipating his partners needs and supporting him on critical calls. He looks lost at times still even though he has shown improvement.

Steven Icenbice
COMPANY OFFICER                                    PROBATIONARY FIREFIGHTER

**Original - to Division of Training      Copy- remains in packet**

TD-6

# SACRAMENTO FIRE DEPARTMENT



# 19-2
# 4 MONTH EVAL
# GILDERSLEEVE

# Sacramento Fire Academy

Manipulative Performance Evaluation

**CATEGORY:** Mod II - PPE and SCBA

**EVOLUTION:** Don PPE and Seat-mounted S.C.B.A. while being timed

**REFERENCE:** Sacramento Fire Department Truck Company Handbook Chapter 12

## INSTRUCTIONS TO THE MONITOR/EVALUATOR

1. The Recruit shall be provided the Academy issued Structural Firefighting ensemble and SCBA.
2. The Recruit shall be provided an Apparatus from which to don their PPE and SCBA.
3. The Recruit shall begin the evolution from a standing position beside an Engine or Truck.
4. Time begins on the command of the proctor and ends when the Recruit is properly attired standing outside the apparatus.
5. The Recruit shall be given the following instructions before beginning the exercise.

## INSTRUCTIONS TO THE RECRUIT

From a standing position beside the apparatus, don all structural personal protective equipment, assume a seated position in the apparatus, and don SCBA within the allotted 2 minutes.

## EVALUATION GUIDE

| | EVALUATION GUIDE | Test | Re-Test | Point Value |
|---|---|---|---|---|
| 1. | Check and properly position SCBA in seat-mounted bracket. Attach face piece to chest harness. PPE properly placed at apparatus. Ask Candidate cylinder pressure. _____ psi. | / | | 1 |
| 2. | **When Candidate is ready, start time.** | / | | |
| 3. | Remove safety boots and don turnout pants (suspenders pulled up). | / | | |
| 4. | Don Radio strap. | / | | 1 |
| 5. | Don nomex hood (leave up until turnout coat is donned). | / | | 1 |
| 6. | Don turnout coat with thumbs through loops and buckle properly with lapel mic outside. | / | | 1 |
| 7. | Secure all coat closures with collar up and pull down nomex hood to "standby" position. | /~ | | 1 |
| 8. | Sit in jumpseat, buckle seatbelt, don headset, and set tactical channel on portable radio. | / | | 1 |
| 9. | Remove headset and unbuckle seatbelt (Simulates apparatus now stopped). | / | | 1 |
| 10 | Insert arms into shoulder straps, tighten and exit jump seat area. | ~ | | 1 |
| 11. | Connect waist strap buckle, verbalize *"Buckle check,"* and adjust all straps. | / | | 1 |
| 12. | Don helmet and secure chinstrap. | / | | 1 |
| 13. | Don structure gloves. | / | | 1 |
| 14. | Turn on portable radio. | /~ | | 1 |
| 15. | Fully turn on cylinder valve and verbalize *pressure reading at the gauge.* Time will stop when the recruit claps their hands. | /~ | | 1 |
| | Time: ~~15 30~~    **2:00 max with no skin showing and equipment donned properly** | | | 1 |
| 16. | Task completed efficiently, Proper sequence, without hesitation, no unsafe acts. | | | 6 |
| | | **TOTAL** | | **20** |

_____
Test Evaluator's Signature                                    PASS / FAIL

_____
Re-Test Evaluator's Signature                        Retake    PASS / FAIL

Comments:

*All steps in **_BOLD ITALICS_** are automatic fail if not performed correctly and will result in an unacceptable on the Manipulative Performance Record (SPA-8)

# Sacramento Fire Academy

Manipulative Performance Evaluation

**CATEGORY:**    **Mod I - HOSE**

**EVOLUTION:**    **1 ¾" Tankline Advance-1 Firefighter**

**REFERENCE:**    **Sacramento Fire Department Engine Company HOT Manual Chapter 3**

## INSTRUCTIONS TO THE MONITOR/EVALUATOR

1. The Recruit shall be provided with 150' of 1 ¾" hose.
2. The Recruit shall be provided with an engine with a tank line hose bed.
3. The Recruit shall be given the following instructions before beginning the exercise.

## INSTRUCTIONS TO THE RECRUIT

Pull a 150' tankline and advance the line to a designated location. Flake out hose, call for water, and don SCBA face piece in preparation to enter the fire building.

| | EVALUTION GUIDE | Test | Re-Test | Point Value |
|---|---|---|---|---|
| 1. | Grasp the short loops of the 1 ¾ tank line (top 50'). | / | | 1 |
| 2. | Grab and control nozzle. | / | | 1 |
| 3. | Rotate body and shoulder at the center of the bundle. | / | | 1 |
| 4. | Reach back with free hand and grasp large loop, advance hose. | / | | 1 |
| 5. | *Clear hose bed completely* prior to calling for water. | / | | 1 |
| 6. | Flake hose in an efficient manner, placing nozzle and coupling at least 15' away from door. DO NOT DROP NOZZLE. | / | | 1 |
| 7. | Check and Verbalize *"Bale Closed."* | / | | 1 |
| 8. | Correct any major kinks/twists that will impede the hose from completely charging with water. | C | | 1 |
| 9. | Assume kneeling position, controlling hose, physically signal and verbalize *"water."* | / | | 1 |
| 10 | Don SCBA mask *(time begins when gloves are removed, stops when gloves are donned)* *(All SCBA automatic failures will apply – cylinder valve partially open, skin showing, MMR not locked, and over 60 sec.)* (under 30 secs – 2 pts , 30-40 secs – 1 pt). **Time:** 58 | | | Ø2 |
| 11. | Correct kinks limiting nozzle pressure. | / | | 1 |
| 12. | Open nozzle fully and verbalize *"bleeding my air, checking pattern/pressure, right to fight!"* | / | | 1 |
| 13. | Move into position at door, verbalize *air pressure reading* and go on air,. | / | | 1 |
| 14. | Task completed efficiently, Proper sequence, without hesitation, no unsafe acts. | / | | 6 |
| | | **TOTAL** | 16 | **20** |

_____
**Test Evaluator's Signature**

PASS / FAIL

_____
**Re-Test Evaluator's Signature**

Retake      PASS / FAIL

**Comments:**

*All steps in **BOLD ITALICS** are automatic fail if not performed correctly and will result in an unacceptable on the Manipulative Performance Record (SFA-8)

# Sacramento Fire Academy

Manipulative Performance Evaluation

**CATEGORY:** MOD II -Hose
**EVOLUTION:** 3 inch stretch and Sacramento Pack Deployment
**REFERENCE:** Sacramento Engine Company HOT Manual Chapter 3

## INSTRUCTIONS TO THE MONITOR/EVALUATOR

1. The Recruit shall be provided a Sacramento Pack with nozzle.
2. The Recruit shall be provided with a 3" hose line with water thief attached.
3. The Recruit shall be given the following instructions before beginning the exercise.

## INSTRUCTIONS TO THE RECRUIT

Stretch the 3 inch hose and water thief to the Sacramento Pack, charge the 3 inch, flake out the pack, connect to the water thief, charge the pack, don SCBA face piece, and prepare to enter into fire building.

| | EVALUTION GUIDE | Test | Re-Test | Point Value |
|---|---|---|---|---|
| 1. | Shoulder the thief and top 50' on chest, over shoulder. | ✓ | | 1 |
| 2. | Pull 50' loop with opposite free hand, control hose, advance toward pack location. | ✓ | | 1 |
| 3. | Drop 50' loop approximately 60' from pack and advance the water thief. Place thief on ground approximately 3-6 feet to the side of the pack. | | | 1 |
| 4. | Check and verbalize *"Valves closed."* | 2 | | 2 |
| 5. | Physically signal and verbalize *"Water."* | ✓ | | 1 |
| 6. | Position the pack as needed, remove straps, and place female coupling towards the thief. | ✓ | | 1 |
| 7. | Open the coil into circle, check and verbalize *"Bale Closed."* | ✓ | | 1 |
| 8. | Connect to the water thief. | | | 1 |
| 9. | Charge coil, open water thief slowly until water fills outer loop, then open fully. | ✓ | | 2 |
| 10 | Don SCBA mask. Time begins when gloves are removed, stops when gloves are donned *SCBA AUTOMATIC FAILURES APPLY* (under 30 sec.=2pts / 30-40 sec. =1pt) Time: | ✓ | | 2 |
| 11. | Correct any kinks or sharp bends. Open nozzle fully and verbalize *"bleeding my air, checking pattern and pressure, right to Fight!"* | 2 | | 2 |
| 12 | Task completed efficiently: Proper sequence, without hesitation, no unsafe acts | ✓ | | 5 |
| | **TOTAL** | | | **20** |

_____
**Test Evaluator's Signature**

(PASS) FAIL

_____
**Re-Test Evaluator's Signature**

PASS / FAIL

**Comments:**

*All steps in **BOLD ITALICS** are automatic fail if not performed correctly
*SCBA failures include cylinder not open completely, air leaks, skin showing, MMR not locked

# Sacramento Fire Academy

Manipulative Performance Evaluation

**CATEGORY:** Mod II - FORCIBLE ENTRY
**EVOLUTION:** Force entry through inward or outward swinging door, 2 firefighters
**REFERENCE:** Sacramento Fire Department Truck Company Handbook Chapter 7

## INSTRUCTIONS TO THE MONITOR/EVALUATOR

1. The Recruit shall be provided a set of light forcible entry tools (flathead axe and halligan).
2. The Recruit shall be provided a locked forcible entry door.
3. The Recruit shall be given the following instructions before beginning the exercise.

## INSTRUCTIONS TO THE RECRUIT

Verbalize a size-up then force the provided inward/outward swinging door.

| | EVALUTION GUIDE | Test | Re-Test | Point Value |
|---|---|---|---|---|
| 1. | Proper identification of door construction and operation. | | | 2 |
| 2. | *Go on air*. Proper technique used to "gap" door. | | | 2 |
| 3. | Properly "set" adz or forks in door jam. | | | 2 |
| 4. | Proper leverage used to "force" open door. | | | 2 |
| 5. | Controlled door after forcing. | | | 2 |
| 6. | Task completed efficiently, proper sequence, without hesitation, no unsafe acts. | | | 5 |
| | | | TOTAL | 15 |

_____
Test Evaluator's Signature

PASS / FAIL

_____
Re-Test Evaluator's Signature

Retake        PASS / FAIL

Comments:

*All steps in **BOLD ITALICS** are automatic fail if not performed correctly and will result in an unacceptable on the Manipulative Performance Record (SFA-8)

# Sacramento Fire Academy

Manipulative Performance Evaluation

**CATEGORY:**  Mod II - LADDERS
**EVOLUTION:**  24' Extension Ladder, off an Engine or Truck
**REFERENCE:**  Sacramento Fire Department Truck Company Handbook Chapter 5

## INSTRUCTIONS TO THE MONITOR/EVALUATOR

1. The Recruit shall be provided with a 24' extension ladder and an SCBA.
2. The Recruit shall be given the following instructions before beginning the exercise.

## INSTRUCTIONS TO THE RECRUIT

"Using a 24' extension ladder stored on an engine or truck: remove, raise, pivot, ladder to designated area, remove and return to the original location using the single person method."

| | EVELUATION GUIDE | Test | Re-Test | Point Value |
|---|---|---|---|---|
| 1. | Remove ladder from apparatus with balance point of ladder beam resting on shoulder. | ✓ | | 1 |
| 2. | Carry on shoulder: Ladder parallel to ground, fly away, hand supporting ladder on the bed verbalize *"Ladder coming through."* | ✓ | | 1 |
| 3. | Check for overhead obstructions verbalize, *"Overhead clear."* | ✓ | | |
| 4. | Spot and raise ladder in one motion without letting the ladder slide. | ✓ | | 1 |
| 5. | Foot ladder properly using knee and foot. | ✓ | | 1 |
| 6. | Extend fly, hand over hand, to proper height and placement. | ✓ | | 1 |
| 7. | Visualize and verbalize *"Dawgs Locked"* before releasing halyard. | ✓ | | 1 |
| 8. | Lower ladder to building with hands on beams and foot on bottom rung. | ✓ | | 1 |
| 9. | Check climbing angle: toes against foot of ladder, arms extended out straight. | ✓ | | 1 |
| 10 | If climbing angle needs adjusting; hands on 2nd and 5th rungs, look up, look down, look up while moving ladder, then look down to plant ladder.  Recheck climbing angle. | ✓ | | 1 |
| 11. | Remove ladder from building with foot on bottom rung, hands grasping beams. | ✓ | | 1 |
| 12. | Foot ladder properly, lowering fly, hand over hand. Visualize and verbalize *"Dawgs Locked."* | ✓ | | 1 |
| 13. | Pivot ladder, face the direction of lowering area and verbalize *"Ladder Coming Down."* | ✓ | | 1 |
| 14. | Lower ladder to shoulder properly: Balanced with lower and upper hands grasping bed. | ✓ | | 1 |
| 15. | Return ladder to apparatus verbalize, *"Ladder coming through."* Replace ladder on apparatus. | ✓ | | 1 |
| 16. | Task completed efficiently, proper sequence, without hesitation, no unsafe acts. | | | 5 |
| | | **TOTAL** | | **20** |

Test Evaluator's Signature

_____
Re-Test Evaluator's Signature

PASS / FAIL

Retake    PASS / FAIL

Comments:

*All steps in **BOLD ITALICS** are automatic fail if not performed correctly and will result in an unacceptable on the Manipulative Performance Record (SFA-8)

## Sacramento Fire Academy

Manipulative Performance Evaluation

**CATEGORY:**   Mod I - Knots

**EVOLUTION:**   Basic knots for time   *(Time – 2:00 minutes or less)*

### INSTRUCTIONS TO THE MONITOR/EVALUATOR

1. The Recruit will be provided 8 sections of rope, each at a designated area within the evaluation site.
2. Each area will have an identified knot to be tied.
3. The recruit shall be given the following instructions before beginning the exercise.
4. Time will begin on the command of the proctor.

### INSTRUCTIONS TO THE RECRUIT

Tie the following knots in the designated location with all 8 knots tied correctly. You will have 2:00 minutes to complete the evolution.

### EVALUATION GUIDE

| | | Pass | Fail | Re-Test |
|---|---|---|---|---|
| 1. | Half hitch. | | | |
| 2. | Clove hitch. | | | |
| 3. | Figure 8. | | | |
| 4. | Figure 8 on a bight. | | | |
| 5. | Figure 8 follow through. | | | |
| 6. | Directional 8. | | | |
| 7. | Bowline. | *FAIL* | | |
| 8. | Sheet Bend. | | | |

**Time:_____**   *All knots tied correctly in 2:00 max*

_____
Test Evaluator's Signature

_____
Re-Test Evaluator's Signature

PASS / FAIL

Retake       PASS / FAIL

**Comments:**

*All steps in **BOLD ITALICS** are automatic fail if not performed correctly and will result in an unacceptable on the Manipulative Performance Record (SFA-8)*




# SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## PROBATIONARY COUNSELING NOTICE

NAME __FF Gildersleeve__          CLASS # __10-2__          DATE __12/27/20__

COMPANY ASSIGNMENT __TR-2__          SHIFT __A__

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section for any rating of U (Unsatisfactory) |
| 2. Complete the narrative section for any acts requiring counseling by the company officer or administrate supervisor |
| 3. Comments should support any rating marks or narrative entries on the TD5 and TD6 |
| 4. Battalion Chiefs or administrative supervisors should be notified when counseling notice is completed |

**COMMENTS:**

The purpose of this document is to inform you of training issues related to FF survival. During your training of searching for a downed FF your were unable to connect your EBSS to the downed FF. This issue was first identifed during the B2 drill while you were assigned to engine 6. You have had sufficient time to correct this life saving skill. Additionally you were asked by me if you were taught the waist conversion of the SCBA while you were in the academy and you said no. During your academy you had a minimum of two days of FF survival where this skill was taught.

**CORRECTIVE ACTIONS:**

You will need to be proficient on connecting another FF utilizing the EBSS by day two of your next rotation at truck 2. If you are asked if you were taught a skill be honest and we will train to get you up to speed. At the nine month mark you should have these skills mastered so that we can further your training beyond basic academy skills.

__Captain Luiz__
COMPANY OFFICER

                                        _____
                                        PROBATIONARY FIREFIGHTER

_____
BATTALION CHIEF

**Original-** to Division of Training          **Copy-** remains in packet

TD-7




# SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## PROBATIONARY COUNSELING NOTICE

NAME __FF Gildersleeve__          CLASS # __10-2__          DATE __12/27/20__

COMPANY ASSIGNMENT __TR-2__          SHIFT __A__

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section for any rating of U (Unsatisfactory) |
| 2. Complete the narrative section for any acts requiring counseling by the company officer or administrate supervisor |
| 3. Comments should support any rating marks or narrative entries on the TD5 and TD6 |
| 4. Battalion Chiefs or administrative supervisors should be notified when counseling notice is completed |

**COMMENTS:**

The purpose of this document is to inform you of training issues related to doning and doffing PPE, and FF survival techniques. The bulk of day two was spent training on donning your PPE to meet the minimum standard. You were instructed a minimum of five times to place your axe on your hip and not positioned on your thigh. Having your axe positioned on your thigh creates a safety issue while moving about the fireground. It should not take hours to remember to place your axe on your hip.

**CORRECTIVE ACTIONS:**

You need to practice doning your PPE at every opportunity and I will time you on day two of your next rotation at truck 2.

Captain Luiz
COMPANY OFFICER                              PROBATIONARY FIREFIGHTER

BATTALION CHIEF

Original- to Division of Training                    Copy- remains in packet

TD-7

## SACRAMENTO FIRE DEPARTMENT
### DIVISION OF TRAINING

### PROBATIONARY FIREFIGHTER
### PERFORMANCE AND CONDUCT RATING

NAME _Waris Gildersleeve_    CLASS # _19-2_    MONTH _Dec_

COMPANY ASSIGNMENT _TR2_    SHIFT _A_

**Rating Codes**: **S**- satisfactory, **I**- improvement needed, **U**- unsatisfactory

| - PERFORMANCE MARKS - | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DATE** | 2 | 3 | 8 | 9 | 14 | 15 | 20 | 21 | 26 | 27 | | | | |
| Adaptability | I | I | I | I | F | I | I | I | I | I | | | | |
| Dependability/Reliability | I | I | I | I | I | I | I | I | I | I | | | | |
| Performance-Emergency | I | S | I | I | I | I | I | I | I | I | | | | |
| Performance-Training | I | S | I | I | I | I | I | I | I | U | | | | |
| Quality of Work | I | I | S | S | I | S | S | S | I | I | | | | |
| Technical Skills | I | I | I | I | I | I | I | I | I | U | | | | |
| **-CONDUCT MARKS -** | | | | | | | | | | | | | | |
| Adaptability | I | I | I | I | I | I | I | I | I | I | | | | |
| Attitude/Enthusiasm | S | S | S | S | S | S | S | S | S | S | | | | |
| Core Values | I | I | I | I | S | I | S | I | I | I | | | | |
| Influence on others | I | I | I | I | S | I | I | I | I | I | | | | |
| Initiative | I | S | I | I | S | I | I | I | I | I | | | | |
| Participation/Cooperation | S | S | S | S | S | S | S | S | S | S | | | | |
| Physical Fitness | N/A | N/A | N/A | N/A | S | S | N/A | N/A | S | S | | | | |
| Professionalism | S | S | S | S | S | S | S | S | S | S | | | | |
| Reliability | I | I | I | I | I | I | I | I | I | I | | | | |

COMPANY OFFICER _[signature]_    DID-22_5886_    DATE _12/28/20_

PROBATIONARY FF _[signature]_    DID-22_4021_    DATE _12-2-20_

BATTALION CHIEF _[signature]_    DID-22_5755_    DATE _12/27/20_

**Original- To Division of Training**    **Copy- Remains in Packet**    TD-5



# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME Waris Gildersleeve          CLASS # 19-2          DATE(S) 12/ 26-27

COMPANY ASSIGNMENT TR-2          SHIFT A

| Instructions to Company Officer/Administrative Supervisor |
| --- |
| 1. Complete the narrative section at the end of each shift/rotation<br>2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

This is my first shift with FF Gildersleeve and had the ability to go out and talk about force entry, ladder placement, and vertical ventilation. on day two we spent many hours working on doning and doffing PPE and search techniques for down FF's. FF Gildersleeve has a great attitude and a willingness to learn. Next rotation you will be expected to do a presentation on forcible entry of residential, and commercial doors, windows with bars, and gates.

**UNFAVORABLE COMMENTS:**

Know the different modes for truck assignments, all in, all out, and split. Know the regional SOG's for first alarm trucks for both commercial and high rise. do not rely on old outdated SOG's that may be on the common drive use https://www.srfecc.ca.gov/SCFCA/SOG.htm for current SOG's. When being taught about a skill make sure you understand the information i.e. the use of the axe for vertical ventilation. See TD-7 for additional information regarding training on day two.

Brian Luiz
COMPANY OFFICER                                        PROBATIONARY FIREFIGHTER

Original - to Division of Training          Copy- remains in packet

TD-6




# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## PROBATIONARY COUNSELING NOTICE

NAME **FF Gildersleeve**        CLASS # **10-2**        DATE **12/27/20**

COMPANY ASSIGNMENT **TR-2**        SHIFT **A**

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section for any rating of U (Unsatisfactory) |
| 2. Complete the narrative section for any acts requiring counseling by the company officer or administrate supervisor |
| 3. Comments should support any rating marks or narrative entries on the TD5 and TD6 |
| 4. Battalion Chiefs or administrative supervisors should be notified when counseling notice is completed |

**COMMENTS:**

The purpose of this document is to inform you of training issues related to FF survival. During your training of searching for a downed FF your were unable to connect your EBSS to the downed FF. This issue was first identifed during the B2 drill while you were assigned to engine 6. You have had sufficient time to correct this life saving skill. Additionaly you were asked by me if you were taught the waist conversion of the SCBA while you were in the academy and you said no. During your academy you had a minimum of two days of FF survival where this skill was taught.

**CORRECTIVE ACTIONS:**

You will need to be proficient on connecting another FF utilizing the EBSS by day two of your next rotation at truck 2. If you are asked if you were taught a skill be honest and we will train to get you up to speed. At the nine month mark you should have these skills mastered so that we can further your training beyond basic academy skills.

Captain Luiz
COMPANY OFFICER                                   PROBATIONARY FIREFIGHTER

BATTALION CHIEF

**Original- to Division of Training**          **Copy- remains in packet**

TD-7




# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## PROBATIONARY COUNSELING NOTICE

NAME ___FF Gildersleeve___        CLASS # _10-2_        DATE _12/27/20_

COMPANY ASSIGNMENT _TR-2_        SHIFT _A_

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section for any rating of U (Unsatisfactory) |
| 2. Complete the narrative section for any acts requiring counseling by the company officer or administrate supervisor |
| 3. Comments should support any rating marks or narrative entries on the TD5 and TD6 |
| 4. Battalion Chiefs or administrative supervisors should be notified when counseling notice is completed |

**COMMENTS:**

The purpose of this document is to inform you of training issues related to doning and doffing PPE, and FF survival techniques. The bulk of day two was spent training on donning your PPE to meet the minimum standard. You were instructed a minimum of five times to place your axe on your hip and not positioned on your thigh. Having your axe positioned on your thigh creates a safety issue while moving about the fireground. It should not take hours to remember to place your axe on your hip.

**CORRECTIVE ACTIONS:**

You need to practice doning your PPE at every opportunity and I will time you on day two of your next rotation at truck 2.

Captain Luiz
COMPANY OFFICER

BATTALION CHIEF

PROBATIONARY FIREFIGHTER

**Original- to Division of Training**        **Copy- remains in packet**

TD-7



# SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** Waris Gildersleeve          **CLASS #** 19-2          **DATE(S)** 12/21

**COMPANY ASSIGNMENT** M15          **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

Barely saw FF Gildersleeve today on the ambulance. When he was around he seemed engaged and willing to learn.

**UNFAVORABLE COMMENTS:**

J. Hunt
COMPANY OFFICER                                    PROBATIONARY FIREFIGHTER

Original - to Division of Training          Copy- remains in packet

TD-6

# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** Waris Gildersleeve     **CLASS #** 19-2     **DATE(S)** 12/20

**COMPANY ASSIGNMENT** M15     **SHIFT** A

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

Waris is performing at an adequate level on the Medic. He actually made an effort to study on his down time. He is still behind on his skill level and needs to continue to study long after his probation.

**UNFAVORABLE COMMENTS:**

Steven Icenbice

COMPANY OFFICER                    PROBATIONARY FIREFIGHTER

**Original - to Division of Training          Copy- remains in packet**

TD-6



# SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME **Waris Gildersleeve**          CLASS # **19-2**          DATE(S) **Dec 15**

COMPANY ASSIGNMENT **Tr2**          SHIFT **A**

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation<br>2. Comments should support any rating given on the TD-5 |

**FAVORABLE COMMENTS:**

FF Gildersleeve worked dilegently thoughout the shift on the station duties. He got along well with the crew, worked on getting aquainted with the trucks layout, and was eager to learn. During the shift with the crew, he trained on ladders to the roof, vertical ventilation, commercial roof types, and aerial operations. We ran a few EMS runs where FF Gildersleeve did the BLS assesment on the patients. We also had a vehicle lockout where FF Gildersleeve assisted unlocking a passenger vehicle. FF Gildersleeve was quizzed on a few items and his responses were favorable.

**UNFAVORABLE COMMENTS:**

FF Gildersleeve was told the importance of wearing his mask in the fire house and keeping turnout bottoms out of the firehouse and in the apparatus bay.

Captain Vizcaino
COMPANY OFFICER

Waris Gildersleeve
PROBATIONARY FIREFIGHTER

Original - to Division of Training          Copy- remains in packet

TD-6

# SACRAMENTO FIRE DEPARTMENT

### Training Division
### Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** Gildersleeve          **CLASS #** 19-2          **DATE(S)** dec 14

**COMPANY ASSIGNMENT** tr2          **SHIFT** a

| Instructions to Company Officer/Administrative Supervisor |
|---|
| 1. Complete the narrative section at the end of each shift/rotation |
| 2. Comments should support any rating marks on the TD-5 |

**FAVORABLE COMMENTS:**

Gildersleeve had a positive attutude and strong desire to learn.  We walked three different roof types and discussed construction and vent. options and ladder placement. He needs to continue his orientation of the truck.

**UN-FAVORABLE COMMENTS:**

If you don't know the answer to a question don't make up a random response!!!

Sweyd
**COMPANY OFFICER**

PROBATIONARY FIREFIGHTER

White Copy- To Division of Training          Yellow Copy- To Employee          Pink Copy- Remains in Packet

TD-6

SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME Waris Gildersleeve          CLASS # 19-2          DATE(S) 12/8-9

COMPANY ASSIGNMENT M15          SHIFT A

### Instructions to Company Officer/Administrative Supervisor

1. Complete the narrative section at the end of each shift/rotation
2. Comments should support any rating given on the TD-5

**FAVORABLE COMMENTS:**

Waris is doing what is expected on the medic. He remains professional and has a great attitude. He has improved with assisting the medic. He is still lagging on automatically knowing his role and what he can do to anticipate the Medics needs. Although he has shown a slight improvement, he still needs to keep getting more reps and do not stop asking questions. He put on a SCBA class to teach us the correct way to Don and Doff a SCBA. He did well but had to be prompted on a few of the steps.

**UNFAVORABLE COMMENTS:**

Steven Icenbice
COMPANY OFFICER                                          PROBATIONARY FIREFIGHTER

Original - to Division of Training          Copy- remains in packet

TD-6

# SACRAMENTO FIRE DEPARTMENT

Training Division
Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

NAME  W. Gildersleeve

CLASS #  19-2

DATE(S)  Dec. 2/3

COMPANY ASSIGNMENT  TR2

SHIFT  A

### Instructions to Company Officer/Administrative Supervisor

1. Complete the narrative section at the end of each shift/rotation
2. Comments should support any rating given on the TD-5

**FAVORABLE COMMENTS:**

This was Firefighter Gildersleeve's first rotation at Truck 2. We had a very busy first day with him being gone the first part of the day on a probationary drill. In the afternoon we had a couple fires, one being a large commercial, and the next being a small trailer fire. He was eager to work and had a good attitude throughout. On the first fire we searched for fire. He stayed close by and followed direction. On the second fire we set up a blower. Firefighter Gildersleeve spent the remainder of the rotation working hard to establish his routine at Station 2. On Day 2 he worked on truck orientation when not engaged in cooking or equipment inspection. FF Gildersleeve and I had a conversation with Captain Underhill regarding expectations for probation while at Station 2. He verbalized that he understands the expectations and recognizes strategies for meeting them. He also recognizes that he must consistently demonstrate proficiency and meet standards to complete probation successfully

**UNFAVORABLE COMMENTS:**

Firfighter Gildersleeve needs to spend some time learning the SOGs, specifically the High-rise SOG. He lacked a fundamental basic understanding of the information that is readily available to him on the common drive. He needs to spend some time studying our manuals so that when he gets in a hands on situation, he is able to bridge the gap between learning a new skill and the background knowledge to complete it.

Aaron Chandler
COMPANY OFFICER

PROBATIONARY FIREFIGHTER

**Original - to Division of Training**     **Copy- remains in packet**

TD-6

# SACRAMENTO FIRE DEPARTMENT

## Training Division
## Probationary Firefighter Evaluation Program

## DAILY PERFORMANCE NARRATIVE RECORD

**NAME** W. Gildersleeve            **CLASS #** 19-2        **DATE(S)** Dec. 2/3

**COMPANY ASSIGNMENT** TR2        **SHIFT** A

### Instructions to Company Officer/Administrative Supervisor

1. Complete the narrative section at the end of each shift/rotation
2. Comments should support any rating given on the TD-5

**FAVORABLE COMMENTS:**

This was Firefighter Gildersleeve's first rotation at Truck 2. We had a very busy first day with him being gone the first part of the day on a probationary drill. In the afternoon we had a couple fires, one being a large commercial, and the next being a small trailer fire. He was eager to work and had a good attitude throughout. On the first fire we searched for fire. He stayed close by and followed direction. On the second fire we set up a blower. Firefighter Gildersleeve spent the remainder of the rotation working hard to establish his routine at Station 2. On Day 2 he worked on truck orientation when not engaged in cooking or equipment inspection. FF Gildersleeve and I had a conversation with Captain Underhill regarding expectations for probation while at Station 2. He verbalized that he understands the expectations and recognizes strategies for meeting them. He also recognizes that he must consistently demonstrate proficiency and meet standards to complete probation successfully

**UNFAVORABLE COMMENTS:**

Firfighter Gildersleeve needs to spend some time learning the SOGs, specifically the High-rise SOG. He lacked a fundamental basic understanding of the information that is readily available to him on the common drive. He needs to spend some time studying our manuals so that when he gets in a hands on situation, he is able to bridge the gap between learning a new skill and the background knowledge to complete it.

Aaron Chandler _(signature)_

COMPANY OFFICER

PROBATIONARY FIREFIGHTER

**Original - to Division of Training        Copy- remains in packet**

TD-6