SERENA M. WARNER, S.B. No. 264799
    Email: swarner@akk-law.com
ETHAN J. ZERTUCHA SB No. 340223
    Email: ezertucha@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF SACRAMENTO, BRIAN BRUST, AND DAVID LAUCHNER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WARIS GILDERSLEEVE, | ) | Case No.: 2:22-cv-02145-JAM-AC |
| Plaintiff, | ) | **DECLARATION OF JOSH CALISTA IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |
| vs. | ) | |
| CITY OF SACRAMENTO, et al., | ) | DATE:  June 17, 2025 |
| | ) | TIME:  1:00pm |
| Defendants. | ) | ROOM:  6 |

I, JOSH CALISTA, declare as follows:

1. I am the Assistant Chief of Training for the City of Sacrament Fire Department. I have worked for the Sacramento Fire Department since 2021 and have held my current position since approximately 2023. As Assistant Chief of Training, I facilitate the Training Division, which delivers professional training programs that prioritize safety and provide firefighters with the skills, instincts, and leadership to operate on emergency incidents at the highest level. My responsibilities include implementation and oversight of the training provided to our Department's probationary firefighters. If asked, could competently testify to the following based on personal

-1-
DECLARATION OF JOSH CALISTA IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

knowledge.

2. After leaving the Academy, probationary firefighters are assigned to different stations within the Sacramento Fire Department on a rotating basis. The purpose of the different assignments is to enable the probationary firefighters a variety of experiences and the opportunity to train with different companies, so they can learn to work under different situations and with different of people. The station captains are tasked with tracking the performance of the probationary firefighters in Performance and Conduct Rating sheets, which rate the probationary firefighter's performance for each day worked on a scale of S – Satisfactory, I – Improvement needed, or U – Unsatisfactory. The captains are also tasked with completing Daily Performance Narrative Records that provide detail and support for the ratings in the Performance and Conduct Rating sheets.

3. To promote to a permanent firefighter position, a probationary firefighter must complete the skills listed in the Probationary Firefighter Task Book satisfactorily within the probationary period and meet other departmental requirements specified in the probationary packet. A captain or other company officer may only sign off on a skill in the Task Book if the probationary firefighter meets the approved standards for the particular skill.

4. It is expected that a probationary firefighter will struggle with certain skills and may receive some unfavorable ratings in the Performance and Conduct Rating sheets and unfavorable comments in the Daily Performance Narrative Records, particularly in the beginning of the probationary period. The existence of "Needs Improvement" or "Unsatisfactory" ratings in the Performance and Conduct Rating sheets or unfavorable comments in the Daily Performance Narrative Records does not impact a probationary firefighter's ability to pass probation, so long as at the end of the probationary period he or she has been able to overcome those challenges and satisfactorily meet the approved standards for all skills listed in the Task Book. The purpose of the Performance and Conduct Rating sheets and Daily Performance Narrative Records is to be able to track a probationary firefighter's progress through the program and communicate with other Company Officers and the Training Officers about what training is needed for the probationary firefighter to be successful.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 14th day of April 2025 at Sacramento, California.

*Joshua Calista*
JOSH CALISTA

-3-
DECLARATION OF JOSH CALISTA IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT