**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III** (SBN 118694)
**MANOLO OLASO** (SBN 195629)
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Fax: (916) 444-5558
Email: jgriffin@johnnygriffinlaw.com;
molaso@johnnygriffinlaw.com

Attorneys for Plaintiff WARIS GILDERSLEEVE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| WARIS GILDERSLEEVE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, et al.,<br><br>Defendants. | Case No.: 2:23-cv-02145-JAM-AC<br><br>**Plaintiff Waris Gildersleeve's Responses to Defendants' Statement of Undisputed Facts in Opposition to Motion for Summary Judgment**<br><br>Hearing Date: June 17, 2025<br>Time: 1:00 p.m.<br>Court: 6<br><br>Before the Honorable District Judge John A. Mendez |

Pursuant to Local Rule 260 (b), Plaintiff files this response to defendants' separate statement of undisputed facts (ECF Doc. 24-2) to support Plaintiff's opposition to defendants' motion for summary judgment (ECF Doc. 24).

Plaintiff Waris Gildersleeve's Responses to Defendants' Separate Statement of Undisputed Facts
Gildersleeve v. City of Sacramento, et al.
Case Number 2:22-CV-02145-JAM-AC

1

| MOVING PARTY'S MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| 1. Gildersleeve began his employment with the City of Sacramento in about 2005 and remained a City employee as of the date of his deposition in January 2025.<br><br>**Evidence:**<br>Ex. A, p. 13:12-15, 22:20 – 23:15, 128:7-14, 210:1-24. | Undisputed. |
| 2. In 2019, Gildersleeve entered the fire suppression academy and, after graduation from the academy, rotated through stations 43, 4, 15, 6, and 2 in the Sacramento Fire Department.<br><br>**Evidence:**<br>Ex. A, p. 23:19 – 24:1, 85:10 – 86:4, 128:19-24. | Undisputed. |
| 3. He encountered no racial obstacles/problems at Stations 43, 4, and 2.<br><br>**Evidence:**<br>See generally First Amended Complaint; Ex. A, pp 86:14-25, 196:18-20. | Undisputed. |
| 4. Brust and Lauchner were Captains at Station 6 during Gildersleeve's probationary rotation.<br><br>**Evidence:**<br>Ex. A, at 166:15 – 168:17. | Undisputed. |
| 5. Gildersleeve's probationary file contained only a single disciplinary warning issued by Captain Budd in Station 4.<br><br>**Evidence:**<br>Ex. A, at 175:25 – 176:7; Ex. B. *See also* Ex. A, at 172:6 – 173:3 [admitting the admonishment might not have been written and indicating inability to find any such writing in his records].) | Undisputed. |

Plaintiff Waris Gildersleeve's Responses to Defendants' Separate Statement of Undisputed Facts
Gildersleeve v. City of Sacramento, et al.
Case Number 2:22-CV-02145-JAM-AC

2

| | |
|---|---|
| 6. "Needs improvement" and "unsatisfactory" ratings in the daily performance records during the probationary period do not impact the ability to pass probation at the conclusion of the probation period.<br><br>**Evidence:**<br>Declaration of Josh Calista, ¶¶ 2-4. See also Ex. A, p. 248:7-20 [stating he was told "needs improvement" grades were typical during probation].) | Undisputed. |
| 7. Gildersleeve does not allege or attribute any racially offensive statements to Lauchner.<br><br>**Evidence:**<br>See generally First Amended Complaint. See also generally Ex. A and Ex. A at 224:18-23, 225:18 – 226:23, 227:19 – 228:9. | Undisputed. |
| 8. Gildersleeve concluded that Lauchner acted dismissively toward Joe Hunter, another black firefighter, by not verbally acknowledging Hunter's statements during dinner conversation.<br><br>**Evidence:**<br>Ex. A at pp. 228:22 – 229:19. *See also id*. at 230:20-24. | Undisputed. |
| 9. Gildersleeve does not allege or attribute and racially offensive statements to Brust.<br><br>**Evidence:**<br>See generally First Amended Complaint. See also generally Ex. A and Ex. A at p. 215:2-12, 216:25 – 218:5, 224:14-17. | Undisputed. |

Plaintiff Waris Gildersleeve's Responses to Defendants' Separate Statement of Undisputed Facts
Gildersleeve v. City of Sacramento, et al.
Case Number 2:22-CV-02145-JAM-AC

3

| # | Fact | Response |
|---|---|---|
| 10. | Although Captain Brust opposed Gildersleeve's rotation from Station 6 to Station 2, Chief Helvin approved Gildersleeve's rotation from Station 6 to Station 2.<br><br>**Evidence:**<br>Ex. A at 192:4 – 194:16. | Undisputed. |
| 11. | Upon arrival at Station 2, its captains assured Gildersleeve they would disregard prior criticisms of his work.<br><br>**Evidence:**<br>Ex. A at 195:8 – 196:5. | Undisputed. |
| 12. | At a water rescue training in January 2021, Gildersleeve asked for size extra-large wet suit and Lauchner handed him one from a number of suits hanging nearby – Gildersleeve's suit was not pre-marked as specifically for him.<br><br>**Evidence:**<br>Ex. A at 198:12-24, 199:19 – 200:21. | Undisputed. |
| 13. | Upon entering the water, the suit began to leak, so Gildersleeve informed Lauchner of the leak, and Lauchner "went to his truck and grabbed [Gildersleeve] another suit."<br><br>**Evidence:**<br>Ex. A 202:4 – 203:2. | Undisputed. |
| 14. | Gildersleeve did not inform anyone his second suit leaked until after he was injured.<br><br>**Evidence:**<br>Ex. A at 203:3 – 205:25. | Undisputed. |

Plaintiff Waris Gildersleeve's Responses to Defendants' Separate Statement of Undisputed Facts
Gildersleeve v. City of Sacramento, et al.
Case Number 2:22-CV-02145-JAM-AC

4

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

| | |
|---|---|
| 15. Gildersleeve elected to return to fire prevention and, in 2023, became a senior fire prevention officer.<br>**Evidence:**<br>Ex. A at 22:20 – 23:15, 128:7-14, 210:1-24. | Undisputed. |
| 16. Gildersleeve neither alleged nor testified that he was ever terminated, demoted, suspended, had his pay reduced, or denied promotion.<br><br>**Evidence:**<br>See generally First Amended Complaint; Ex. A. | Undisputed. |

Dated: April 28, 2025

/s/ Manolo Olaso
Manolo Olaso
Law Offices of Johnny L. Griffin, III
Attorneys for Plaintiff Waris Gildersleeve

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

Plaintiff Waris Gildersleeve's Responses to Defendants' Separate Statement of Undisputed Facts
Gildersleeve v. City of Sacramento, et al.
Case Number 2:22-CV-02145-JAM-AC

5