**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III** (SBN 118694)
**MANOLO OLASO** (SBN 195629)
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Fax: (916) 444-5558
Email: jgriffin@johnnygriffinlaw.com
molaso@johnnygriffinlaw.com
Attorneys for Plaintiff WARIS GILDERSLEEVE

SERENA M. WARNER, S.B. No. 264799
Email: swarner@akk-law.com
ETHAN J. ZERTUCHA SB No. 340223
Email: ezertucha@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263
Attorneys for Defendant CITY OF SACRAMENTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| WARIS GILDERSLEEVE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO,<br><br>Defendant. | Case No.: 2:22-cv-02145-JAM-AC<br><br>**STIPULATION AND ORDER FOR DISMISSAL [FRCP 41(a)(1)(A)(ii)]**<br><br>Before the Honorable District Judge John A. Mendez |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby

stipulated, by and between Plaintiff WARIS GILDERSLEEVE and Defendant CITY OF

SACRAMENTO, that this entire action shall be dismissed with prejudice as to all parties. The

Waris Gildersleeve v. City of Sacramento
Case Number 2:22-cv-02145-JAM-AC
Stipulation and Order for Dismissal with Prejudice

1

parties have authorized their respective counsel to sign this stipulation on their behalf. The parties shall bear their own costs and attorneys' fees.

Dated: September 5, 2025      /s/ Manolo Olaso
Manolo Olaso
Law Offices of Johnny L. Griffin, III
Attorneys for Plaintiff WARIS GILDERSLEEVE

Dated: September 5, 2025      ANGELO, KILDAY & KILDUFF, LLP

By: /s/ Serena M. Warner
Serena M. Warner
Attorneys for Defendant CITY OF SACRAMENTO
(signature expressly authorized on 09/05/2025)

## ORDER

Based on the stipulation of the parties, this action is **DISMISSED with prejudice** in its entirety pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

September 08, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Waris Gildersleeve v. City of Sacramento
Case Number 2:22-cv-02145-JAM-AC
Stipulation and Order for Dismissal with Prejudice
2

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com